# OSINSKI
## LAW OFFICES, PLLC

THOMAS T. OSINSKI, JR

tto@osinskilaw.com
www.OsinskiLaw.com

WASHINGTON
535 Dock St., Ste. 108
Tacoma WA 98402

*Phone* (253) 383-4433
*Fax* (253) 572-2223

CALIFORNIA
20720 Ventura Blvd., #200
Woodland Hills CA 91364

*Phone* (310) 765-4939
*Fax* (310) 734-1552

*Of Counsel*:

ERIK T. KRENING
Admitted WA, ID & CO

ADAM SOSTRIN
Admitted CA

January 9, 2019

**Via ECF**
The Honorable Paul A. Engelmayer
United States District Court, Southern District of New York
40 Foley Square, Room 2201
New York NY  10007

      RE:    *Hendrix v. Pitsicalis*, et al.
               USDC SDNY No. 1:17-cv-1927-PAE
               Hearing of January 10, 2019

Dear Judge Engelmayer:

Due to the ongoing financial pressures due to Plaintiffs wrongful actions my client has been forced into bankruptcy. Please see attached copies of the petitions. He also was unable to afford his or my travel to New York.

This decision was just finalized and the filings made today, so he apologizes for the short notice before the scheduled hearing, as do I.

Respectfully submitted,

*[signature]*

Thomas T. Osinski Jr., Esq.
Attorney for Defendants Pitsicalis, Rockin Artwork, and Purple Haze Properties.

TTO:djk

*Entertainment, Licensing* &
*Business Law and Litigation*