UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EXPERIENCE HENDRIX, L.L.C., a Washington Limited Liability Company, and, AUTHENTIC HENDRIC, L.L.C., a Washington Limited Liability Company,

       Plaintiffs,

-v-

ANDREW PITSICALIS, an individual; LEON HENDRIX, an individual; PURPLE HAZE PROPERTIES, L.L.C., a Nevada Limited Liability Company; ROCKIN ARTWORK, INC., a Nevada Limited Liability Company; CARMEN COTTONE a/k/a CARMEN THOMAS ANDOLINA a/ka CARM COTTONE, an individual d/b/a PARTNERS AND PLAYERS, a New York Company and d/b/a DYNASTY GOURMET FOODS, a New York Company; FIREFLY BRAND MANAGEMENT, L.L.C., a California Limited Liability Company; FIREFLY CONSUMER PRODUCTS, INC., a California Corporation; CYNTHIA MODDERS, an individual; GRASSROOTS CLOTHING, LLC, d/b/a GRASSROOTS CALIFORNIA, a Colorado Limited Liability Company; KURT S. ADLER, a New York Corporation; FREEZE, a division of CENTRAL MILLS, INC.; and GREEN CURES & BOTANICAL DISTRIBUTION, INC.,

       Defendants.

---

17 Civ. 1927 (PAE)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/2019

PAUL A. ENGELMAYER, District Judge:

  The Court has received defendants' letter filed at 3:00 a.m. EST this morning, stating that defendants Andrew Pitsicalis, Purple Haze Properties, and Rockin Artwork, have all filed for bankruptcy and that the defendants are unable to pay for Mr. Pitsicalis and their counsel's travel to New York for today's conference. See Dkt. 293. This conference was scheduled on December 21, 2018. See Dkt. 283. The Court is, needless to say, dismayed by defendants'

discourtesy in providing such limited notice to the Court and to opposing counsel of this consequential development.

Today's conference will proceed instead by telephone. The Court directs plaintiffs' counsel to provide a dial-in via email to chambers and to defense counsel, Thomas Osinski, Esq. The Court expects both Mr. Osinski and Mr. Pitsicalis to participate in the call.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: January 10, 2018
New York, New York