# SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.
### ATTORNEYS AT LAW
494 EIGHTH AVENUE, SIXTH FLOOR
NEW YORK, NEW YORK 10001
ENTRANCE ON 35TH STREET

J. JEFFREY HAFER
DOROTHY M. WEBER
JONAS E. HERBSMAN
MICHAEL B. FRISCH
ELLIOT A. RESNIK
JOSEPH M. CONLEY

JUDITH A. MEYERS+

PETER S. SHUKAT (1970-2014)
ALLEN H. ARROW (1954-2016)

TELEPHONE (212) 245-4580
TELECOPIER (212) 956-6471

+OF COUNSEL

**WRITER'S E-MAIL:**
dorothy@musiclaw.com

July 19, 2019

*Via ECF*

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/19

Re:   *Experience Hendrix, L.L.C., et al., v. Andrew Pitsicalis et al.*, No. 1:17-cv-01927-PAE

Dear Judge Engelmayer:

    We write on behalf of Plaintiffs Experience Hendrix, L.L.C. and Authentic Hendrix, LLC (collectively, "Plaintiffs" or the "Hendrix Creditors") in the above-referenced matter. As set forth in the parties' joint letter to the Court dated July 8, 2019 (Dkt. 327), the Bankruptcy Trustee (the "Trustee") had executed a settlement agreement (the "Settlement Agreement"). The Trustee for the debtors Purple Haze Properties, LLC, Rockin Artwork, LLC and Andrew Pitsicalis (the "Debtors") has now filed the motion with the bankruptcy court in California (the "Bankruptcy Court"), for an order authorizing approval of the Settlement Agreement (the "Motion"). The Motion was filed yesterday, July 18, 2019; and a copy is attached hereto as Exhibit A with all exhibits, including the fully executed Settlement Agreement (Ex. 1 to the Motion).

    As set forth in paragraph 5 on page 5 of the Motion, the Trustee will stipulate to relief from stay to allow Plaintiffs to prosecute the instant action to final judgment.

    Pursuant to the Bankruptcy Court's calendar, the hearing date for the Motion is August 8, 2019 and we will advise the Court of the outcome.

Respectfully submitted,

Shukat Arrow Hafer Weber
& Herbsman, LLP

*/s/ Dorothy M. Weber*
Dorothy M. Weber
*Attorneys for Plaintiffs*

DMW: vmp

Cc:   Thomas T. Osinski, Jr., Esq. (via ECF)
      Jeffrey S. Dweck, Esq. (via ECF)

7/22/19

The Court thanks the parties for this update and looks forward to your next update following the August 8, 2019 hearing before the Bankruptcy Court.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge