UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EXPERIENCE HENDRIX, LLC, et al.,

                                  Plaintiffs,

-v-

ANDREW PITSICALIS, et al.,

                                  Defendants.

17 Civ. 1927 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of a letter from Thomas T. Osinski, Esq., currently counsel for defendants Andrew Pitsicalis, Leon Hendrix, Purple Haze Properties, LLC, Rockin Artwork, LLC, Firefly Brand Management, LLC, and Firefly Consumer Products, Inc.,[1] Dkt. 342, and a response from Plaintiff's counsel, Dkt. 344. The Court is dismayed to learn that the coordination of basic logistics for the final phase of discovery continues to be a problem. In response to the requests of both parties, the Court hereby sets the following deadlines:

1. Mr. Osinski shall produce all outstanding documents requested in plaintiff's September 12, 2019, letter (including those incorporated by reference therein) by October 13, 2019. This production shall be accompanied by a sworn certification by Mr. Osinski attesting in detail to the methods used to locate responsive documents, and to the completeness of the production.

---

[1] A motion by Mr. Osinski to withdraw as counsel for the corporate defendants remains pending with the Court. *See* Dkt. 343.

2. The parties are to continue producing documents relevant to discovery through October 31, 2019, in order to facilitate the completion of fact discovery by the November 11, 2019, deadline.

3. Unless the parties agree otherwise, Andrew Pitsicalis shall sit for a deposition on October 21, 2019, in New York, New York.

4. Unless the parties agree otherwise, Thomas Osinski shall sit for a deposition on October 23, 2019, in New York, New York.

5. Unless the parties agree otherwise, Leon Hendrix shall sit for a deposition on October 25, 2019, in New York, New York.

The Court reserves ruling on plaintiff's request for an evidentiary hearing regarding the alleged spoliation of Mr. Pitsicalis' Gmail account. The Court will take up that issue once all other fact discovery is complete.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: September 25, 2019
        New York, New York