UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EXPERIENCE HENDRIX, LLC, et al.,

                            Plaintiffs,

            -v-

ANDREW PITSICALIS, et al.,

                            Defendants.

17 Civ. 1927 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 22, 2019, plaintiffs filed a motion for default judgment against the following defendants: *pro se* individual defendant Carmen Cottone, *pro se* corporate defendant Green Cures & Botanical Distribution, Inc., and *pro se* corporate defendant Grassroots Clothing, LLC. *See* Dkts. 386–88. The *pro se* corporate defendants have been unrepresented since October 21, 2019, Dkt. 367, and on notice since September 18, 2019, that failure to secure counsel would expose them to an entry of default judgment, Dkt. 343. *See Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007) ("[A] layperson may not represent a separate legal entity such as a corporation."). The Court hereby orders that a hearing on plaintiffs' motion for default judgment be held on December 16, 2019, at 2:30 p.m. as part of the previously scheduled conference in this matter. Plaintiffs are directed to serve this order, as well as plaintiffs' motion for default judgment and supporting papers, on the specified defendants forthwith and to file proof of such service by December 6, 2019.

SO ORDERED.

_Paul A. Engelmayer_
Paul A. Engelmayer
United States District Judge

Dated: November 25, 2019
       New York, New York