UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXPERIENCE HENDRIX, LLC, et al.,

                         Plaintiffs,

            -v-

ANDREW PITSICALIS, et al.,

                         Defendants.

17 Civ. 1927 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

       A status conference is scheduled in this case for December 16, 2019, at 2:30 pm. This conference will also serve as a default judgment hearing as to *pro se* individual defendant Carmen Cottone, *pro se* corporate defendant Green Cures & Botanical Distribution, Inc., and *pro se* corporate defendant Grassroots Clothing, LLC. *See* Dkt. 395.

       The parties are requested to submit a letter by close of business on December 11, 2019, identifying any motions, requests, or other issues that are outstanding in this case, so that the Court may take them up at the status conference.

       The Court also wishes to remind counsel that the stipulation of voluntary dismissal as to Firefly Brand Management, LLC, Firefly Consumer Products, Inc., Cynthia Modders, filed at Dkt. 378, was deemed deficient by the Clerk's office and needs to be re-filed consistent with the instructions issued by the Clerk on November 12, 2019. The Court anticipates endorsing the stipulation once it is refiled and encourages the parties to do so prior to the status conference.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 9, 2019
      New York, New York