UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EXPERIENCE HENDRIX, LLC, et al.,
                    Plaintiff,

           -against-

ANDREW PITSICALIS, et al.,
                    Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/2019

17 **CIV** 1927 (PAE)

## **DEFAULT JUDGMENT**

## **AS TO LIABILITY**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Order dated December 9, 2019, judgment of liability is entered in favor of Plaintiffs' and against Leon Hendrix.

**DATED**: New York, New York
          December 10, 2019

                                              **RUBY J. KRAJICK**
                                              Clerk of Court
                                         BY:
                                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/10/2019