UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

EXPERIENCE HENDRIX, L.L.C., a
Washington Limited Liability Company, and
AUTHENTIC HENDRIX, LLC, a Washington Limited
Liability Company,

                       Plaintiffs,

   -against-

ANDREW PITSICALIS, an individual; LEON
HENDRIX, an individual; PURPLE HAZE
PROPERTIES, LLC, a Nevada Limited
Liability Company; ROCKIN ARTWORK,
LLC, a Nevada Limited Liability Company; CARMEN
COTTONE a/k/a CARMEN THOMAS ANDOLINA
a/k/a CARM COTTONE, an individual d/b/a
PARTNERS AND PLAYERS,  a New York Company
and d/b/a DYNASTY GOURMET FOODS, a New York
Company;  C-LIFE GROUP, LTD., a New York
Corporation,  BIC CORPORATION, a Connecticut
Corporation, FIREFLY BRAND MANAGEMENT, LLC,
a California Limited Liability Company, FIREFLY
CONSUMER PRODUCTS, INC., a California
Corporation, CYNTHIA MODDERS, an individual,;
GRASSROOTS CLOTHING, LLC d/b/a GRASSROOTS
CALIFORNIA, a Colorado Limited Liability Company,
KURT S. ADLER, INC., a New York Corporation,
FREEZE , a division of CENTRAL MILLS, INC., and
GREEN CURES & BOTANICAL DISTRIBUTION,
INC.,

                    Defendants.

------------------------------------------------------------------------x

Case No.: 1:17-cv-1927 (PAE)

## JUDGMENT AND INJUNCTION

     Plaintiffs, Experience Hendrix, L.L.C., a Washington Limited Liability

Company, and Authentic Hendrix, LLC, a Washington Limited Liability Company,

("Plaintiffs"), having filed a Complaint on March 16, 2017; having filed an Amended

Complaint on April 26, 2017; and having filed a Second Amended Complaint on May 31, 2017; and having filed a Third Amended Complaint on April 25, 2018, and

**WHEREAS**, Defendant Kurt S. Adler, Inc. ("Defendant" or "Adler"), acknowledges that Plaintiffs are the exclusive owners of the trademark rights in and to the use of the name Jimi Hendrix, Jimi and Hendrix, and any variations thereof, (the "Hendrix Trademarks") set forth in **Exhibit A**, as well as other intellectual property rights as set forth in the complaints.

**WHEREAS**, Plaintiffs waive any independent claims against Adler's clients, customers and manufacturers regarding the Adler created Jimi Hendrix products although nothing herein limits the scope of injunctive relief.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment is hereby granted and ordered entered as the judgment against Defendant Kurt S. Adler, Inc., in this action as follows:

1.   This Court retain jurisdiction of the parties hereto for the purpose of any proceedings to enforce injunction and for the continuing discovery obligations of Defendant Adler;

2.   The parties hereto have waived appeal from this injunction;

3.   The parties each shall bear their own costs and attorney fees;

4.   This injunction shall be binding upon and shall inure to the benefit of the parties hereto, and their respective successors and assigns;

5.      Nothing herein shall be construed as waiving or releasing any of Plaintiffs claims against any of the other Defendants; and

6.      In the event Defendant or any one of them breaches any provision of this So Ordered Permanent Injunction and Judgment and Plaintiffs must take any steps to enforce their rights hereunder, and Defendant and each of them hereby:

      a.      waives any defense statutory or equitable defense; and

      b.      agrees to reimburse Plaintiffs for all of their costs, including actual attorneys' fees, incurred in connection with enforcing their rights under this Order; and

      c.      shall pay to Plaintiffs the sum of Two Thousand Five Hundred Dollars ($2,500.00) as liquidated damages. Nothing herein shall preclude Plaintiffs from seeking additional damages and costs.

Dated:  New York, New York
~~January~~  2019
December 12

SO ORDERED:

*Paul A. Engelmayer*

JUDGE PAUL A. ENGELMAYER (U.S.D.J.)

3

## CONSENT, WAIVER AND STIPULATION

The parties hereby stipulate that written Findings of Fact and Conclusions of Law shall be waived and Defendant expressly consents to the entry of the foregoing Stipulated Final Judgment and Writ of Permanent Injunction as final and unappealable and hereby waive notice of entry of Judgment.

As between the parties, the provisions of this Judgment shall be and become effective immediately upon its execution by the parties, and need not await execution by the Court.

KURT S. ADLER, INC.

By: _____
Clifford Adler, President

Date: _1/31/19_

Approved as to form:

By: _____
Dorothy M. Weber, Esq.
Attorney for Experience Hendrix, L.L.C. and Authentic Hendrix, LLC

Date: _1.31.19_

4

Exhibit A

## EXPERIENCE HENDRIX, L.L.C.
## WORLDWIDE TRADEMARK REGISTRATIONS
### As of July 20, 2018

| Mark: | Class: | REGISTERED U.S. TRADEMARKS (In Alphabetical Order) Goods: | Registration N |
|---|---|---|---|
|  | 35 | Online retail store services featuring merchandise and memorabilia related to the music industry; telephone order, and computerized on-line ordering services for merchandise and memorabilia related to the music industry | 3,072,909 |
| AUTHENTIC HENDRIX | 35 | Mail order, telephone order, and computerized on-line ordering services in the field of clothing, books, vinyl albums, prerecorded videos, musical sound recordings, printed music, magazines, photographs, art work, watches, posters and handbills, ornaments, stamps, afghans, guitar pedals, calendars and other memorabilia related to the music industry | 2,245,408 |
|  | 05 | Air fresheners | 3,312,071 |
|  | 06 | Metal decorative boxes | 3,297,742 |
|  | 09 | Decorative magnets | 3,312,206 |
|  | 09 | Educational software featuring instruction in music and guitar playing; Guitar effects processors | 3,904,594 |
|  | 14 | Clocks; watches; jewelry, namely pins | 3,881,766 |
|  | 15 | Guitar picks; Guitar straps | 3,904,595 |

January 25, 2019

**EXPERIENCE HENDRIX, L.L.C.**
**WORLDWIDE TRADEMARK REGISTRATIONS**
As of July 20, 2018

REGISTERED U.S. TRADEMARKS (In Alphabetical Order)

| Mark: | Class: | Goods: | Registration N |
|---|---|---|---|
| AUTHENTIC HENDRIX | 16 | Printed matter, namely posters, photographs, postcards, calendars, stickers, lithographs | 3,334,862 |
| AUTHENTIC HENDRIX | 16 | Stationery | 3,490,531 |
| AUTHENTIC HENDRIX | 20 | Non-metal and non-leather key chains; plaques | 3,399,951 |
| AUTHENTIC HENDRIX | 25 | Clothing, namely jackets, sport shirts, sweat shirts, t-shirts, tank tops; headgear, namely beanies, caps; infant diaper covers; wristbands | 3,302,117 |
| AUTHENTIC HENDRIX | 26 | Ornamental novelty buttons | 3,865,983 |
| BAND OF GYPSYS | 9 | Digital video discs featuring musical performances; pre-recorded phonograph records and compact discs featuring music | 2,878,649 |
| BAND OF GYPSYS | 15 | Electronic effects pedals for use with musical instruments | 4,892,512 |
| DAGGER RECORDS | 9 | Musical sound recordings; compact discs | 2,348,020 |
| DAGGER RECORDS | 9 | Compact discs featuring music; Musical sound recordings; Phonograph records featuring music | 3,823,043 |
| ELECTRIC LADYLAND | 05 | Air fresheners | 3,271,041 |
| ELECTRIC LADYLAND | 09 | Digital video discs featuring documentary footage and musical performances; pre-recorded phonograph records and compact discs featuring music | 3,374,812 |
| ELECTRIC LADYLAND | 16 | Books, namely printed music books; post cards | 3,271,088 |
| ELECTRIC LADYLAND | 20 | Non-metal and non-leather key chains; decorative wall plaques | 3,506,957 |

January 25, 2019

**EXPERIENCE HENDRIX, L.L.C.**
**WORLDWIDE TRADEMARK REGISTRATIONS**
As of July 20, 2018

## REGISTERED U.S. TRADEMARKS (In Alphabetical Order)

| Mark: | Class: | Goods: | Registration N |
|---|---|---|---|
| Electric Ladyland | 09 | Pre-recorded phonograph records and compact discs featuring music | 3,374,814 |
| Electric Ladyland | 16 | Books, namely printed music books | 3,271,039 |
| Electric Ladyland | 20 | Non-metal and non-leather key chains; decorative wall plaques | 3,506,958 |
| EXPERIENCE HENDRIX | 16 | Print materials, namely, magazines featuring articles on music and the music industry, and posters | 2,245,409 |
| EXPERIENCE HENDRIX | 41 | Entertainment in the nature of live musical performances; entertainment in the nature of visual and audio musical performances; a touring production featuring live musical performances by multiple artists and related visual displays; an online interactive service featuring information about a touring production featuring live musical performances by multiple artists and related visual displays; production of a tour of live musical performances by multiple artists and related visual displays. | 2,987,556 |
| EXPERIENCE HENDRIX | 9 | Digital media, namely, pre-recorded compact discs, digital video discs, downloadable audio and video recordings, and high definition discs featuring music and musical performances; downloadable podcasts in the field of music; phonograph records featuring music | 4,272,131 |
| EXPERIENCE HENDRIX | 9 | Musical sound recordings | 2,250,912 |
| HENDRIX | 09 | Compact discs and phonograph records featuring music; prerecorded digital video disks featuring musical performances | 3,302,110 |
| HENDRIX | 16 | Stickers | 3,409,133 |
| HENDRIX | 20 | Non-metal and non-leather key chains | 3,302,093 |
| HENDRIX | 25 | Clothing, namely t-shirts | 3,302,118 |
| HENDRIX | 26 | Ornamental novelty buttons | 3,409,132 |
| HENDRIX RECORDS | 9 | Musical sound recordings, and compact discs all featuring music | 2,339,333 |
| JIMI HENDRIX | 09 | Digital media, namely, pre-recorded digital video discs, downloadable audio and video recordings, and high definition discs featuring music and musical performances; | 4,278,938 |

January 25, 2019

3 of 26

# EXPERIENCE HENDRIX, L.L.C.
## WORLDWIDE TRADEMARK REGISTRATIONS
### As of July 20, 2018

## REGISTERED U.S. TRADEMARKS (In Alphabetical Order)

| Mark: | Class: | Goods: | Registration N |
|---|---|---|---|
| JIMI HENDRIX | 9 | downloadable podcasts in the field of music; downloadable user interactive entertainment software used for sharing video, text, photos and music with the user via the Internet and wireless devices; musical sound recordings; phonograph records featuring music | |
| JIMI HENDRIX | 9 | Compact discs featuring music | 2,876,475 |
| JIMI HENDRIX | 14 | Wrist watches; wall clocks; and jewelry, namely ornamental pins | 2,989,576 |
| JIMI HENDRIX | 15 | Guitars; guitar picks; guitar straps; musical instrument cases for guitars | 4,924,181 |
| JIMI HENDRIX | 16 | Printed matter, namely, calendars, posters, photographs, postcards, stickers, printed music books; books containing information and memorabilia relating to Jimi Hendrix, books, namely, collector's books containing printed music, photographs, handwritten lyrics by Jimi Hendrix and commentary | 2,902,769 |
| JIMI HENDRIX | 25 | Clothing, namely t-shirts, jackets, caps | 2,322,761 |
| JIMI HENDRIX | 35 | On-line retail store services featuring general merchandise, memorabilia, apparel, accessories and apparel in the field of music, and audio and video recordings featuring music | 5,295,179 |
| JIMI HENDRIX | 41 | Entertainment services, namely, providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network; music publishing services. | 2,997,676 |
| JIMI HENDRIX | 41 | Entertainment services, namely, preparing audiovisual displays and exhibitions in the field of music | 2,383,500 |
| [signature] | 06 | Metal decorative boxes | 3,306,891 |
| [signature] | 09 | Digital media, namely, downloadable audio and video recordings, and pre-recorded high definition discs featuring music and musical performances; downloadable podcasts in the field of music; musical sound recordings | 4,272,128 |
| [signature] | 09 | Pre-recorded digital video discs featuring musical performances; pre-recorded phonograph records and compact discs featuring music; decorative magnets; cell phone covers | 2,997,675 |

January 25, 2019

**EXPERIENCE HENDRIX, L.L.C.**
**WORLDWIDE TRADEMARK REGISTRATIONS**
As of July 20, 2018

| | | REGISTERED U.S. TRADEMARKS (In Alphabetical Order) | |
| --- | --- | --- | --- |
| Mark: | Class: | Goods: | Registration N |
| _signature_ | 15 | Guitars; guitar picks; guitar straps; musical instrument cases for guitars | 4,919,423 |
| _signature_ | 16 | Printed matter, namely, calendars, posters, photographs, postcards, stickers; books, namely printed music books and collectors' books containing printed music, photographs, handwritten lyrics by Jimi Hendrix and commentary | 3,001,465 |
| _signature_ | 20 | Non-metal and non-leather key chains | 3,290,861 |
| _signature_ | 25 | Clothing, namely sweat shirts, t-shirts and caps | 3,306,892 |
| _signature_ | 35 | On-line retail store services featuring general merchandise, memorabilia, apparel, accessories and apparel in the field of music, and audio and video recordings featuring music | 5,295,171 |
| _signature_ | 41 | Entertainment services, namely, providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network; music publishing services. | 3,001,464 |
| _logo_ | 16 | Posters | 3,328,587 |
| _logo_ | 25 | T-shirts. | 3,328,579 |
| JIMIHENDRIX.COM | 41 | Entertainment services, namely providing prerecorded music, audio and visual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network. | 2,998,059 |

January 25, 2019

**EXPERIENCE HENDRIX, L.L.C.**
**WORLDWIDE TRADEMARK REGISTRATIONS**
As of July 20, 2018

| REGISTERED U.S. TRADEMARKS (In Alphabetical Order) | | | |
|---|---|---|---|
| Mark: | Class: | Goods: | Registration N |
| *[signature: SueHe9J.com]* | 41 | Entertainment services, namely providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network. | 2,998,058 |
| JIMI HENDRIX ELECTRIC GUITAR COMPETITION | 14 | Ornamental pins | 3,328,324 |
| JIMI HENDRIX ELECTRIC GUITAR COMPETITION | 16 | Posters | 3,374,813 |
| JIMI HENDRIX ELECTRIC GUITAR FESTIVAL | 16 | Posters | 3,322,319 |
| JIMI HENDRIX EXPERIENCE | 9 | Digital video discs featuring musical performances; pre-recorded phonograph records and compact discs featuring music | 2,876,479 |
| THE JIMI HENDRIX EXPERIENCE | 25 | Clothing, namely t-shirts | 3,256,776 |
| *[logo image]* | 35 | Online retail store services featuring merchandise and memorabilia related to the music industry; telephone order, and computerized on-line ordering services featuring merchandise and memorabilia related to the music industry | 3,290,862 |
| NIGHTBIRD RECORDS | 9 | Musical sound recordings and compact discs featuring music | 2,465,965 |

January 25, 2019

**EXPERIENCE HENDRIX, L.L.C.**
**WORLDWIDE TRADEMARK REGISTRATIONS**
As of July 20, 2018

| | FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory) | | | |
|---|---|---|---|---|
| Mark: | Country | Class: | Goods/Services | Serial/ Registration No.: |
| EXPERIENCE HENDRIX | Argentina | 9 | Complete list available on Request | 2.151.382 ® |
| JIMI HENDRIX | Argentina | 9 | Complete list available on Request | 2.151.374 ® |
| JIMI HENDRIX | Argentina | 15 | All goods in class. | 2.598.959 ® |
| JIMI HENDRIX | Argentina | 16 | Complete list available on Request) | 2.899.622 ® |
| JIMI HENDRIX | Argentina | 25 | All goods in class (e.g., Clothing, headgear, footwear) | 2.244.021 ® |
| AUTHENTIC HENDRIX | Australia | 9; 25 | Complete list available on Request | 1224076 ® |
| EXPERIENCE HENDRIX | Australia | 41 | Complete list available on Request | 1573042 ® |
| EXPERIENCE HENDRIX | Australia | 9 | Complete list available on Request | 1224071 ® |
| HENDRIX | Australia | 32 | Complete list available on Request | 1172225 ® |
| HENDRIX ELECTRIC | Australia | 30 | Complete list available on Request | 1189274® |
| JIMI HENDRIX | Australia | 9 | Complete list available on Request | 1224304 ® |
| JIMI HENDRIX | Australia | 9; 16; 25 | Complete list available on Request | 954077 ® |
| JIMI HENDRIX | Australia | 32 | Complete list available on Request | 1172222 ® |
| JIMI HENDRIX | Australia | 9, 25 | Complete list available on Request | 1224303 ® |

January 25, 2019

## EXPERIENCE HENDRIX, L.L.C.
## WORLDWIDE TRADEMARK REGISTRATIONS
### As of July 20, 2018

**FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory)**

| Mark: | Country | Class: | Goods/Services | Serial/ Registration No.: |
|---|---|---|---|---|
| voodoo | Benelux | 14, 25 | CL 14: Jewelry, ornaments, watches<br>CL 25: Scarves; clothing for leisure | IR 489629 |
| AUTHENTIC HENDRIX | Brazil | 25 | Clothing articles, clothes and accessories, included in this class, jackets, shorts, t-shirts, sport shirts, sweat shirts; tank tops; shoes; headgear, namely: skull caps, caps; infant diaper covers; wristbands | 829146466 ® |
| EXPERIENCE HENDRIX | Brazil | 9 | Musical sound recordings, CDs, DVDs, CD ROMS, videos, cassette tapes, software | 829146440 ® |
| HENDRIX | Brazil | 9 | Pre-recorded videos, CDs, DVDs featuring music and musical performances | 829141251 ® |
| HENDRIX | Brazil | 16 | Stationery, stickers, greeting cards, books, magazines, catalogs, calendars, photographs, napkins, table cloths of paper | 829141235 ® |
| HENDRIX | Brazil | 25 | Clothes, clothing articles and accessories, included in this class, shirts, t-shirts, tank tops, trousers, clothes for children, belts and shoes | 829141243 ® |
| HENDRIX ELECTRIC | Brazil | 30 | Coffee (drinks based of coffee); tea (drinks based of tea); chocolate (drinks based of chocolate); drinks based of cocoa: tea; coffee; coffee with milk; Chinese tea; Coffee substitutes); flower tea; drinks made of cocoa with milk; iced tea; fruit tea; drinks based on chocolate with milk | 90049418 ® |

8 of 26

January 25, 2019

EXPERIENCE HENDRIX, L.L.C.
WORLDWIDE TRADEMARK REGISTRATIONS
As of July 20, 2018

| | | | FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory) | |
| Mark: | Country | Class: | Goods/Services | Serial/ Registration No.: |
| --- | --- | --- | --- | --- |
| HENDRIX ELECTRIC | Brazil | 32 | Sparkling water; fruit and vegetable pulp for drinks; non alcoholic fermented drinks; drinks of fruits and vegetables; potable de-mineralized water; non alcoholic energetic drinks; bottled mineral water; waters (drinks) non alcoholic drinks; fruit juices; non alcoholic drinks based on fruit; isotonics | 900492198 ® |
| JIMI HENDRIX | Brazil | 9 | Pre-recorded videos, CDs, DVDs featuring music and musical performances | 829146431 ® |
| JIMI HENDRIX | Brazil | 15 | Musical instruments; acoustic guitars; bass guitars; electric guitars; guitar picks; guitar playing assistance devices; guitar straps; guitar strings; pedal steel guitars; tuners for musical instruments. | 829141200 ® |
| JIMI HENDRIX | Brazil | 16 | Printed matter; stationery; calendars; posters; photographs; postcards; stickers; music in printed form; books; books containing printed music; books containing information and memorabilia relating to Jimi Hendrix; handwritten lyrics by Jimi Hendrix. | 82914127 ® |
| JIMI HENDRIX | Brazil | 25 | Clothing articles, clothes and accessories, included in this class, shirts, t-shirts, jackets, caps, gloves, shoes, trousers and shorts. | 829141189 ® |
| JIMI HENDRIX | Brazil | 32 | Aerated water; aloe vera drinks; bottled artesian water; coconut water; coffee-flavored drinks; distilled drinking water; drinking water; energy drinks; flavored waters; fruit beverages; fruit flavored beverages; soft drinks; fruit-based soft drinks flavored with tea; guarana drinks; isotonic drinks; lithia water; mineral water; non-alcoholic beverages containing fruit juices; non-alcoholic beverages with tea flavor; non-alcoholic beverages, namely carbonated beverages; non-alcoholic malt beverage; quinine water; scented water for making beverages; seltzer water; smoothies; soda; low calorie soft drinks, soy-based beverages not being | 830820477 ® |

9 of 26

January 25, 2019

**EXPERIENCE HENDRIX, L.L.C.**
**WORLDWIDE TRADEMARK REGISTRATIONS**
As of July 20, 2018

| | | FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory) | | |
|---|---|---|---|---|
| **Mark:** | **Country** | **Class:** | **Goods/Services** | **Serial/ Registration No.:** |
| | Brazil | | milk substitutes; sparkling water; sports drinks; spring water; vegetables juices. | 900492236 ® |
| JIMI HENDRIX | Brazil | 43 | Restaurants; coffee shops; bar services. | 829146458 ® |
| [signature] | Brazil | 9 | Pre-recorded videos, CDs, DVDs and tapes featuring music and musical performances; decorative magnets; cell phone covers; neon signs; computer programs; amplifiers; equipment to transmit sound; loudspeakers; microphones. | |
| [signature] | Brazil | 25 | Clothing articles; clothes and accessories, included in this class; shoes, sweat shirts; t-shirts, caps; wristbands and trousers. | 829146423 ® |
| JIMI HENDRIX LIQUID EXPERIENCE | Brazil | 32 | Aerated water; aloe vera drinks; bottled artesian water; coconut water; coffee-flavored drinks; distilled drinking water; drinking water; energy drinks; flavored waters; fruit beverages; fruit flavored beverages; soft drinks; fruit-based soft drinks flavored with tea; guarana drinks; isotonic drinks; lithia water; mineral water; non-alcoholic beverages containing fruit juices; non-alcoholic beverages with tea flavor; non-alcoholic beverages, namely carbonated beverages; non-alcoholic malt beverage; quinine water; scented water for making beverages; seltzer water; smoothies; soda; low calorie soft drinks, soy-based beverages not being milk substitutes; sparkling water; sports drinks; spring water; vegetables juices | 830820469 ® |
| AUTHENTIC HENDRIX | Canada | N/A | Complete list available on Request | 807036 ® |
| AUTHENTIC HENDRIX | Canada | N/A | Complete list available on Request | 795575 ® |
| [AUTHENTIC HENDRIX logo] | Canada | N/A | Complete list available on request. | 819667 ® |

January 25, 2019

**EXPERIENCE HENDRIX, L.L.C.**
**WORLDWIDE TRADEMARK REGISTRATIONS**
As of July 20, 2018

| | | FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory) | | |
|---|---|---|---|---|
| Mark: | Country | Class: | Goods/Services | Serial/ Registration No.: |
| AUTHENTIC HENDRIX (logo) | Canada | N/A | Printed material, namely product catalogs; Clothing, namely t-shirts, shorts, tank tops, bandanas, hats, caps and shirts; Novelty items, namely decorative magnets, stickers, ornamental buttons, collector tins and decorative patches; Cell phone covers; Posters; postcards; calendars; Clothing accessory belts; wallets; watches | 872623 ® |
| EXPERIENCE HENDRIX | Canada | N/A | Complete list available on request | 828447 ® |
| EXPERIENCE HENDRIX | Canada | N/A | Complete list available on request | 838353 ® |
| EXPERIENCE HENDRIX (logo) | Canada | N/A | Complete list available on Request. | 819648 ® |
| EXPERIENCE HENDRIX (logo) | Canada | N/A | Complete list available on Request | 795576 ® |
| HENDRIX | Canada | N/A | Complete list available on request | 822814 ® |
| HENDRIX | Canada | N/A | Complete list available on Request | 793149 ® |
| JIMI HENDRIX | Canada | N/A | Complete list available on request | 826262 ® |
| JIMI HENDRIX | Canada | N/A | Complete list available on request | 828408 ® |
| (signature) | Canada | N/A | Complete list available on request | 824698 ® |
| (signature) | Canada | N/A | Complete list available on request | 828757 ® |
| JIMI HENDRIX LIQUID EXPERIENCE | Canada | N/A | Energy Drinks | 769,171 ® |
| (signature) LIQUID EXPERIENCE | Canada | N/A | Energy Drinks | 769,172 ® |

January 25, 2019

EXPERIENCE HENDRIX, L.L.C.
WORLDWIDE TRADEMARK REGISTRATIONS
As of July 20, 2018

## FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory)

| Mark: | Country | Goods/Services | Class: | Serial/ Registration No.: |
|---|---|---|---|---|
| AUTHENTIC HENDRIX | China | Advertising; direct mail advertising; distribution of samples; presentation of goods on communication media for retail purposes; business management assistance; sales promotion for others (retail); administrative processing of purchase orders | 35 | 7712617 ® |
| AUTHENTIC HENDRIX | China | Musical instruments, guitars, music stands adapted for use with musical instruments, cases for musical instruments, guitar picks, guitar shoulder straps, guitar strings, guitar toggle switch tips, guitar tuning cranks; catgut; pedals for music instruments (or music effects pedals); music amplification units. | 15 | 7712616 ® |
| AUTHENTIC HENDRIX | China | Paper, cardboard articles; printed matter, sheet music; books, bookbinding material; photographs; stationery; pens; drawing materials; teaching materials (except apparatus); lithographs; checkbook covers; calendars; posters; postcards; stickers; stamps; screen prints | 16 | 7712615 ® |
| AUTHENTIC HENDRIX | China | Complete list available on Request. | 25 | 7712614 ® |
| EXPERIENCE HENDRIX | China | Complete list available on Request. | 9 | 7712633 ® |
| EXPERIENCE HENDRIX | China | Cardboard articles; photographs; drawing materials; stamps | 16 | 7712632 ® |

January 25, 2019

## EXPERIENCE HENDRIX, L.L.C.
### WORLDWIDE TRADEMARK REGISTRATIONS
As of July 20, 2018

| FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory) | | | | |
|---|---|---|---|---|
| Mark: | Country | Class: | Goods/Services | Serial/ Registration No.: |
|  | China | 16 | Paper; printed matter; calendars; postcards; leather luggage tags; song books; sheet music; books; posters; periodicals; lithographs; wrapping paper; bookbinding material; stationery; checkbook covers; stickers; pens; printing blocks; teaching materials (except apparatus); modelling clay; and chaplets | 12683957 ® |
|  | China | 41 | Complete list available on Request. | 7712631 ® |
| HENDRIX | China | 9 | Complete list available on Request. | 7712630 ® |
| HENDRIX | China | 16 | Complete list available on Request. | 7712629 ® |
| HENDRIX | China | 18 | Complete list available on Request. | 4962993 ® |
| HENDRIX | China | 25 | Complete list available on Request. | 4962992 ® |
| HENDRIX | China | 25 | Costumes | 7712628 ® |
|  | China | 18 | Complete list available on Request. | 5015841 ® |
|  | China | 25 | Complete list available on Request. | 5015840 ® |
| HENG DE LI KE SI (HENDRIX) | China | 9 | Complete list available on Request. | 7712814 ® |
| HENG DE LI KE SI (HENDRIX) | China | 16 | Complete list available on Request. | 7712627 ® |
| HENG DE LI KE SI (HENDRIX) | China | 25 | Complete list available on Request. | 7712626 ® |

January 25, 2019

EXPERIENCE HENDRIX, L.L.C.
WORLDWIDE TRADEMARK REGISTRATIONS
As of July 20, 2018

| | | FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory) | | |
|---|---|---|---|---|
| Mark: | Country | Class: | Goods/Services | Serial/ Registration No.: |
| HENDRIX ELECTRIC | China | 30 | Complete list available on Request | 6226079 ® |
| HENDRIX ELECTRIC | China | 32 | Complete list available on Request | 6226078 ® |
| JIMI HENDRIX | China | 9 | Amplifiers; electrical cables; connectors; cameras (photography); optical apparatus and instruments; cell phone covers; electronic components for electric guitars; electric cords for musical instruments; electric cords for music amplifiers; leads (electric) for regulating apparatus; automatic vending machines and mechanisms for coin-operated apparatus; sunglasses; motion picture films | 7712625 ® |
| JIMI HENDRIX | China | 9, 15 | Software for synthesizers, samplers and expanders for musical instruments; electrical amplifiers for musical instruments.<br><br>Musical instruments; musical instruments' accessories included in this class | IR 878266 ® |
| JIMI HENDRIX | China | 16 | Complete list available on Request | 7712653 ® |
| JIMI HENDRIX | China | 25 | Complete list available on Request | 7712652 ® |
| JIMI HENDRIX | China | 35 | Complete list available on Request | 7712651 ® |
| JIMI HENDRIX | China | 43 | Complete list available on Request | 5925524 ® |
| JI MI HENG DE LI KE SI | China | 9 | Complete list available on Request | 7712650 ® |
| JI MI HENG DE LI KE SI | China | 15 | Complete list available on Request | 7712649 ® |
| JI MI HENG DE LI KE SI | China | 25 | Complete list available on Request | 7712648 ® |
| JI MI HENG DE LI KE SI | China | 35 | Complete list available on Request | 7712647 ® |
| [signature] | China | 9 | Amplifiers; electrical cables; connectors; cameras (photography); optical apparatus and instruments; cell phone covers; electric cords for musical instruments; electric cords for music amplifiers; leads (electric) for electric guitars; electric switchers; transformers; electric accumulators; electric regulating apparatus; | 7712646 ® |

January 25, 2019

**EXPERIENCE HENDRIX, L.L.C.**
**WORLDWIDE TRADEMARK REGISTRATIONS**
**As of July 20, 2018**

| Mark: | Country | Class: | Goods/Services | Serial/ Registration No.: |
|---|---|---|---|---|
| | | | FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory) | |
| *(signature)* | China | 16 | automatic vending machines and mechanisms for coin-operated apparatus; sunglasses; motion picture films | 7712644 ® |
| *(signature)* | China | 25 | Complete list available on Request | 7712663 ® |
| *(signature)* | China | 35 | Complete list available on Request | 7712662 ® |
| JIMI HENDRIX EXPERIENCE | China | 9 | Complete list available on Request | 7712661 ® |
| JIMI HENDRIX EXPERIENCE | China | 16 | Complete list available on Request | 7712660 ® |
| JIMI HENDRIX EXPERIENCE | China | 25 | Complete list available on Request | 7712659 ® |
| ARE YOU EXPERIENCED | EUTM | 25, 41 | Complete list available on Request | 017877399 |
| AUTHENTIC HENDRIX | EUTM | 25, 35, 41 | Complete list available on Request | 017884395 |
| *(AUTHENTIC HENDRIX logo)* | EUTM | 9, 14, 15 | Complete list available on Request | 4.798.724 ® |
| *(AUTHENTIC HENDRIX logo)* | EUTM | 20, 22, 24, 26 | Complete list available on Request | 8.300.733 ® |
| *(AUTHENTIC HENDRIX logo)* | EUTM | 16; 25; 28 | Complete list available on Request | 2963239 ® |
| DAGGER RECORDS | EUTM | 9, 16, 25 | Complete list available on Request | 4.798.741 ® |

January 25, 2019

15 of 26

## EXPERIENCE HENDRIX, L.L.C.
## WORLDWIDE TRADEMARK REGISTRATIONS
### As of July 20, 2018

### FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory)

| Mark: | Country | Class: | Goods/Services | Serial/ Registration No.: |
|---|---|---|---|---|
| (logo) | EUTM | 9, 16, 25 | Complete list available on Request | 4.798.799 ® |
| EXPERIENCE HENDRIX (logo) | EUTM | 9; 16; 25 | Complete list available on Request | 2960938 ® |
| FOXEY LADY | EUTM | 25, 41 | Complete list available on Request | 017877401 |
| HENDRIX | EUTM | 9, 16, 20, 25, 26 | Complete list available on Request | 5.404.231 ® |
| HENDRIX RECORDS | EUTM | 9, 16, 25 | Complete list available on Request | 8758088 ® |
| JIMI HENDRIX | EUTM | 9, 14, 15, 25 | Complete list available on Request | 4798179 ® |
| JIMI HENDRIX | EUTM | 9, 15 | Electrical amplifiers for musical instruments. Musical instruments and their accessories | 4626685 ® |
| JIMI HENDRIX | EUTM | 16, 20, 22, 24, 26 | Complete list available on Request | 8300741 ® |
| JIMI HENDRIX | EUTM | 25, 38, 41 | Clothing, headgear and footwear Delivery of digital music by telecommunications; providing access to digital music on the Internet. Entertainment services; digital music (not downloadable) provided from the Internet; music publishing services; arranging of musical events; publication of sheet music | 11816451 ® |
| (signature) | EUTM | 9, 14, 15, 25 | Complete list available on Request | 4.798.526 ® |
| (signature) | EUTM | 16, 20, 22, 24, 26 | Complete list available on Request | 8.198.400 ® |

January 25, 2019

EXPERIENCE HENDRIX, L.L.C.
WORLDWIDE TRADEMARK REGISTRATIONS
As of July 20, 2018

## FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory)

| Mark: | Country | Class: | Goods/Services | Serial/ Registration No.: |
|---|---|---|---|---|
| *[signature]* | EUTM | 25, 38, 41 | Clothing, headgear and footwear<br>Delivery of digital music by telecommunications; providing access to digital music on the Internet. Entertainment services; digital music (not downloadable) provided from the Internet; music publishing services; arranging of musical events; publication of sheet music | 11816485 ® |
| PURPLE HAZE | EUTM | 25, 41 | Complete list available on Request | 017877398 |
| THE JIMI HENDRIX EXPERIENCE | EUTM | 25, 41 | Complete list available on Request | 017877400 |
| voodoo | France | 14, 25 | CL 14:  Jewelry, ornaments, watches<br>CL 25:  Scarves; clothing for leisure | IR 489629 |
| JIMI HENDRIX | Germany | 9, 15 | Musical instruments; Accessories for musical instruments in the form of data stored on disk programs on the use of synthesizers, samplers and expanders; electric amplifiers for musical instruments; Accessories for Musical Instruments | 30232623 ® |
| voodoo | Germany | 14, 25 | CL 14:  Jewelry, ornaments, watches<br>CL 25:  Scarves; clothing for leisure | IR 489629 |
| *[logo]* | Hong Kong | 35 | Complete list available on Request | 301208718 ® |
| AUTHENTIC HENDRIX | Hong Kong | 35 | Complete list available on Request | 301208709 ® |

17 of 26

January 25, 2019

EXPERIENCE HENDRIX, L.L.C.
WORLDWIDE TRADEMARK REGISTRATIONS
As of July 20, 2018

## FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory)

| Mark: | Country | Class: | Goods/Services | Serial/ Registration No.: |
|---|---|---|---|---|
| AUTHENTIC HENDRIX | Hong Kong | 15, 16, 25 | Complete list available on Request | 301208655 ® |
| EXPERIENCE HENDRIX | Hong Kong | 9, 16, 41 | Complete list available on Request | 301208646 ® |
| HENDRIX | Hong Kong | 9, 16, 25 | Complete list available on Request | 301208682 ® |
| HENDRIX | Hong Kong | 18, 25 | Complete list available on Request | 300517419 ® |
| JIMI HENDRIX | Hong Kong | 9, 15, 16, 25, 35 | Complete list available on Request | 301208664 ® |
| [signature] | Hong Kong | 9, 15, 16, 25, 35 | Complete list available on Request | 301208673 ® |
| JIMI HENDRIX EXPERIENCE | Hong Kong | 9, 16, 25 | Complete list available on Request | 301208691 ® |
| AUTHENTIC HENDRIX | India | 25 | Clothing; footwear; headgear | 1654090 ® |
| EXPERIENCE HENDRIX | India | 9 | Complete list available on Request | 1654089 ® |
| HENDRIX ELECTRIC | India | 30 | Complete list available on Request | 1562800 ® |
| HENDRIX ELECTRIC | India | 32 | Complete list available on Request | 1600680 ® |
| JIMI HENDRIX | India | 9, 15, 16, 25 | Complete list available on Request | 1654092 ® |
| [signature] | India | 25 | Clothing; footwear and headgear | 1654091 ® |

18 of 26

January 25, 2019

**EXPERIENCE HENDRIX, L.L.C.**
**WORLDWIDE TRADEMARK REGISTRATIONS**
As of July 20, 2018

## FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory)

| Mark: | Country | Class: | Goods/Services | Serial/ Registration No.: |
|---|---|---|---|---|
| voodoo | Italy | 14, 25 | CL 14:  Jewelry, ornaments, watches<br>CL 25:  Scarves; clothing for leisure | IR 489629 |
| (logo) | Japan | 35 | Complete list available on Request | 5271701 ® |
| (logo) | Japan | 35 | Complete list available on Request | 5271958 ® |
| (logo) | Japan | 35 | Complete list available on Request | 5271959 ® |
| (logo) | Japan | 35 | Complete list available on Request | 5271960 ® |
| AUTHENTIC HENDRIX | Japan | 16 | Complete list available on Request | 4776211 ® |
| AUTHENTIC HENDRIX | Japan | 25 | Complete list available on Request | 5315291 ® |
| AUTHENTIC HENDRIX | Japan | 35 | Complete list available on Request | 5271700 ® |
| AUTHENTIC HENDRIX | Japan | 35 | Complete list available on Request | 5271956 ® |
| AUTHENTIC HENDRIX | Japan | 35 | Retail services or wholesale services for clothing | 5346055 ® |
| AUTHENTIC HENDRIX | Japan | 35 | Complete list available on Request | 5271957 ® |
| AUTHENTIC HENDRIX (logo) | Japan | 9 | Complete list available on Request | 5236668 ® |

January 25, 2019

**EXPERIENCE HENDRIX, L.L.C.**
**WORLDWIDE TRADEMARK REGISTRATIONS**
As of July 20, 2018

## FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory)

| Mark: | Country | Class: | Goods/Services | Serial/ Registration No.: |
|---|---|---|---|---|
| AUTHENTIC HENDRIX (logo) | Japan | 15 | Complete list available on Request | 5258785 ® |
| AUTHENTIC HENDRIX (logo) | Japan | 16 | Complete list available on Request | 5258786 ® |
| AUTHENTIC HENDRIX (logo) | Japan | 25 | Complete list available on Request | 5345803 ® |
| EXPERIENCE HENDRIX | Japan | 9; 16 | Complete list available on Request | 4736868 ® |
| EXPERIENCE HENDRIX (logo) | Japan | 9 | Complete list available on Request | 5286683 ® |
| EXPERIENCE HENDRIX (logo) | Japan | 16 | Complete list available on Request | 5258787 ® |
| EXPERIENCE HENDRIX (logo) | Japan | 41 | Entertainment services (excluding providing amusement facilities with game machines and apparatus, and other providing amusement facilities) | 5430742 ® |
| HENDRIX | Japan | 9 | Complete list available on Request | 5106094 ® |
| HENDRIX | Japan | 9 | Complete list available on Request | 5218154 ® |
| HENDRIX | Japan | 18 | Complete list available on Request | 4980169 ® |
| HENDRIX | Japan | 25 | Complete list available on Request | 5282868 ® |
| HENDRIXX | Japan | 9, 16, 41 | Complete list available on Request | 4693756 ® |
| HENDRIX ELECTRIC | Japan | 33 | Complete list available on Request | 5085609 ® |
| HENDRIX ELECTRIC | Japan | 30, 32 | Complete list available on Request | 5143499 ® |

20 of 26

January 25, 2019

**EXPERIENCE HENDRIX, L.L.C.**
**WORLDWIDE TRADEMARK REGISTRATIONS**
As of July 20, 2018

### FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory)

| Mark: | Country | Class: | Goods/Services | Serial/ Registration No.: |
|---|---|---|---|---|
| JIMI HENDRIX | Japan | 9 | Complete list available on Request | 5321067 ® |
| JIMI HENDRIX | Japan | 15 | Complete list available on Request | 5152985 ® |
| JIMI HENDRIX | Japan | 16 | Complete list available on Request | 5133015 ® |
| JIMI HENDRIX | Japan | 25 | Complete list available on Request | 5129573 ® |
| *[signature]* | Japan | 9 | Complete list available on Request | 5321068 ® |
| *[signature]* | Japan | 16 | Complete list available on Request | 5133016 ® |
| *[signature]* | Japan | 25 | Complete list available on Request | 5031654 ® |
| *[signature]* | Japan | 25 | Complete list available on Request | 5129574 ® |
| VOODOO CHILD | Japan | 15, 25 | Sheets for decoration of electric guitars, which are affixed to electric guitars for the purpose of design customization thereof; guitar pedals; pedals for musical instruments; guitars; musical instruments; guitar straps; guitar picks; cases and bags for guitars; guitar strings; slides for guitars; clamps for guitars; stands for guitars T-shirts; sweatshirts; shirts and the like; cap (headwear)" | 5779570 ® |
| HENDRIX | Korea | 18 | Complete list available on Request | 40-656199 ® |
| HENDRIX | Korea | 25 | Complete list available on Request | 40-660428 ® |
| JIMI HENDRIX | Korea | 9, 15 | Complete list available on Request | 40-110246 ® |
| JIMI HENDRIX | Korea | 18, 25 | Complete list available on Request | 40-863806 ® |

January 25, 2019

## EXPERIENCE HENDRIX, L.L.C.
## WORLDWIDE TRADEMARK REGISTRATIONS
### As of July 20, 2018

**FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory)**

| Mark: | Country | Class: | Goods/Services | Serial/ Registration No.: |
|---|---|---|---|---|
|  | Mexico | 16 | Complete list available on Request | 1,114,854 ® |
|  | Mexico | 25 | Complete list available on Request | 1,126,262 ® |
|  | Mexico | 9 | Complete list available on Request | 1,126,966 ® |
| JIMI HENDRIX | Mexico | 9 | Complete list available on Request | 1,121,062 ® |
| JIMI HENDRIX | Mexico | 16 | Complete list available on Request | 1,121,063 ® |
| JIMI HENDRIX | Mexico | 25 | Complete list available on Request | 1,121,064 ® |
|  | Mexico | 9 | Complete list available on Request | 1,126,965 ® |
|  | Mexico | 16 | Complete list available on Request | 1,125,453 ® |
|  | Mexico | 25 | Complete list available on Request | 1,126,261 ® |
|  | Mexico | 35 | Complete list available on Request | 1,121,065 ® |
|  | Mexico | 41 | Complete list available on Request | 1,125,302 ® |

January 25, 2019

**EXPERIENCE HENDRIX, L.L.C.**
**WORLDWIDE TRADEMARK REGISTRATIONS**
As of July 20, 2018

FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory)

| Mark: | Country | Class: | Goods/Services | Serial/ Registration No.: |
|---|---|---|---|---|
| AUTHENTIC HENDRIX (logo) | New Zealand | 9, 25 | Complete list available on Request | 782479 ® |
| EXPERIENCE HENDRIX (logo) | New Zealand | 9 | Complete list available on Request | 782489 ® |
| HENDRIX | New Zealand | 32 | Complete list available on Request | 767145 ® |
| JIMI HENDRIX | New Zealand | 9, 25 | Complete list available on Request | 782480 ® |
| JIMI HENDRIX | New Zealand | 32 | Complete list available on Request | 767441 ® |
| (signature) | New Zealand | 9, 25 | Complete list available on Request | 782488 ® |
| (face logo) | Philippines | 35 | Complete list available on Request | 42008012167 ® |
| AUTHENTIC HENDRIX | Philippines | 35 | Complete list available on Request | 42008012168 ® |
| AUTHENTIC HENDRIX (logo) | Philippines | 9, 14, 15, 16, 25 | Complete list available on Request | 42008012166 ® |
| EXPERIENCE HENDRIX (logo) | Philippines | 9, 16, 41 | Complete list available on Request | 42008012161 ® |
| HENDRIX | Philippines | 9 | Complete list available on Request | 42008012163 ® |
| JIMI HENDRIX | Philippines | 9, 14 | Complete list available on Request | 42008012165 ® |
| (signature) | Philippines | 9, 15 | Complete list available on Request | 42008012164 ® |

23 of 26

January 25, 2019

EXPERIENCE HENDRIX, L.L.C.
WORLDWIDE TRADEMARK REGISTRATIONS
As of July 20, 2018

## FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory)

| Mark: | Country | Class: | Goods/Services | Serial/ Registration No.: |
|---|---|---|---|---|
|  | Russia | 9, 14, 15, 16, 25, 35, 41 | Complete list available on Request | 384538 ® |
|  | Russia | 9, 14, 16, 25, 35, 41 | Complete list available on Request | 384539 ® |
| HENDRIX | Russia | 9, 14, 16, 25, 35, 41 | Complete list available on Request | 380947 ® |
| ХЕНДРИКС (HENDRIX) | Russia | 9, 16, 25 | Complete list available on Request | 423094 ® |
| HENDRIX ELECTRIC | Russia | 30, 32 | Complete list available on Request | 384514 ® |
| JIMI HENDRIX | Russia | 9, 14, 15, 16, 25, 35, 41 | Complete list available on Request | 382101 ® |
| JIMI HENDRIX | Russia | 43 | Complete list available on Request | 383377 ® |
| ДЖИМИ ХЕНДРИКС (JIMI HENDRIX) | Russia | 9, 16, 25 | Complete list available on Request | 426434 ® |
|  | Russia | 9, 16, 25 | Complete list available on Request | 425017 ® |
| JIMI HENDRIX | Singapore | 9, 15 | Software for synthesizers, samplers and expanders for musical instruments; electrical amplifiers for musical instruments. Musical instruments; musical instruments' accessories included in this class | IR 878266 |
| JIMI HENDRIX | Switzerland | 9, 15 | Software for synthesizers, samplers and expanders for musical instruments; electrical amplifiers for musical instruments. | IR 878266 |

January 25, 2019

**EXPERIENCE HENDRIX, L.L.C.**
**WORLDWIDE TRADEMARK REGISTRATIONS**
As of July 20, 2018

| | | | FOREIGN TRADEMARK MATTERS (In Alphabetical Order by Territory) | |
|---|---|---|---|---|
| Mark: | Country | Class: | Goods/Services | Serial/ Registration No.: |
| JIMI HENDRIX | Turkey | 9, 15 | Musical instruments; musical instruments' accessories included in this class<br><br>Software for synthesizers, samplers and expanders for musical instruments; electrical amplifiers for musical instruments.<br><br>Musical instruments; musical instruments' accessories included in this class | IR 878266 |
| HENDRIX | Uruguay | 9, 41, 43 | All in Class | 438999 ® |
| JIMI HENDRIX | Uruguay | 9 | All in Class | 438997 ® |
| JIMI HENDRIX | WIPO | 9, 15 | Software for synthesizers, samplers and expanders for musical instruments; electrical amplifiers for musical instruments.<br><br>Musical instruments; musical instruments' accessories included in this class | 878266 ® |
| voodoo | WIPO | 14, 25 | CL 14:  Jewelry, ornaments, watches<br>CL 25:  Scarves; clothing for leisure | IR 489629 |

25 of 26

January 25, 2019

U.S. APPLICATION SERIAL NO. 86617497

MARK: JIMI

**\*86617497\***

CORRESPONDENT ADDRESS:
DANIEL L DAWES TMCP-ULA
Ucla Trademark Law Clinic
385 Charles E Young Drive East
Los Angeles, CA 90095-0001

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

APPLICANT: Jimi Electronics Inc.

CORRESPONDENT'S REFERENCE/DOCKET NO :
Stepancich T
CORRESPONDENT E-MAIL ADDRESS:
uspto@law ucla edu

## OFFICE ACTION

### STRICT DEADLINE TO RESPOND TO THIS LETTER
TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE BELOW.

ISSUE/MAILING DATE: 6/2/2015

TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE: Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. See 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $50 per international class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone without incurring this additional fee.

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.
**Summary of Issues Applicant Must Address**
- §2(d) Likelihood Of Confusion Refusal
- §2(a) False Connection Refusal
- Citation of a Prior-Pending Application
- Mark Description Inaccurate

### SECTION 2(d) REFUSAL – LIKELIHOOD OF CONFUSION

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration Nos. 2250912, 2322761, 2383500, 2876475, 2902769, 2989576, 2997675, 2997676, 2998058, 2998059, 3001464, 3001465, 3256776, 3290861, 3290862, 3297740, 3297741, 3297742, 3302117, 3302367, 3306890, 3306891, 3306892, 3312070, 3312071, 3312206, 3316547, 3322319, 3328324, 3328579, 3328587, 3334862, 3374813, 3399951, 3490531, 3881766, 3865983, 3904594, 3904595, 4272128, 4272131, and 4278938. Trademark Act Section 2(d), 15 U.S.C. §1052(d); see TMEP §§1207.01 et seq. See the enclosed registrations.
Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely a potential consumer would be confused, mistaken, or deceived as to the source of the goods and/or services of the applicant and registrant. See 15 U.S.C. §1052(d). A determination of likelihood of confusion under Section 2(d) is made on a case-by case basis and the factors set forth in In re E. I. du Pont de Nemours & Co., 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973) aid in this determination. Citigroup Inc. v. Capital City Bank Grp., Inc., 637 F.3d 1344, 1349, 98 USPQ2d 1253, 1256 (Fed. Cir. 2011) (citing On-Line Careline, Inc. v. Am. Online, Inc., 229 F.3d 1080, 1085, 56 USPQ2d 1471, 1474 (Fed. Cir. 2000)). Not all the du Pont factors, however, are necessarily relevant or of equal weight, and any one of the factors may control in a given case, depending upon the evidence of record. Citigroup Inc v. Capital City Bank Grp., Inc., 637 F.3d at 1355, 98 USPQ2d at

1260; *In re Majestic Distilling Co.*, 315 F.3d 1311, 1315, 65 USPQ2d 1201, 1204 (Fed. Cir. 2003); *see In re E. I. du Pont de Nemours & Co.*, 476 F.2d at 1361-62, 177 USPQ at 567.

In this case, the following factors are the most relevant: similarity of the marks, similarity and nature of the goods and/or services, and similarity of the trade channels of the goods and/or services. *See In re Viterra Inc.*, 671 F.3d 1358, 1361-62, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012); *In re Dakin's Miniatures Inc.*, 59 USPQ2d 1593, 1595-96 (TTAB 1999); TMEP §§1207.01 *et seq.*

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression. *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v). "Similarity in any one of these elements may be sufficient to find the marks confusingly similar." *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014) (citing *In re White Swan Ltd.*, 8 USPQ2d 1534, 1535 (TTAB 1988); *In re 1st USA Realty Prof'ls, Inc.*, 84 USPQ2d 1581, 1586 (TTAB 2007)); TMEP §1207.01(b).

The goods and/or services of the parties need not be identical or even competitive to find a likelihood of confusion. *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000) ("[E]ven if the goods in question are different from, and thus not related to, one another in kind, the same goods can be related in the mind of the consuming public as to the origin of the goods."); TMEP §1207.01(a)(i).

The respective goods and/or services need only be "related in some manner and/or if the circumstances surrounding their marketing [be] such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i).

The applicant has requested registration of the mark JIMI in Stylized and Design Form, for "Audio Speakers." The registrants' marks are: (1) EXPERIENCE HENDRIX in Stylized and Design Form, for CL. 9-"musical sound recordings"; (2) JIMI HENDRIX in Typed Form (Standard Character Form), for CL. 25-"clothing, namely, T-shirts, jackets, caps and [gloves]"; (3) JIMI HENDRIX in Typed Form (Standard Character Form), for CL. 41-" entertainment services, namely, preparing audiovisual displays and exhibitions in the field of music"; (4) JIMI HENDRIX in Typed Form (Standard Character Form), for CL. 9-"[ Pre-recorded video cassettes featuring musical performances; pre-recorded audio cassettes and ] compact discs featuring music"; (5)-JIMI HENDRIX in Typed Form (Standard Character Form), for CL. 16-"Printed matter, namely, calendars, posters, photographs, postcards, stickers, [ music in printed form; ] printed music books; books containing information and memorabilia relating to Jimi Hendrix, books, namely, collector's books containing printed music, photographs, handwritten lyrics by Jimi Hendrix and commentary"; (6) JIMI HENDRIX in Standard Character Form, for CL. 14-" Wrist watches; alarm clocks; wall clocks; and jewelry, namely ornamental pins"; (7) JIMI HENDRIX in Stylized Form, for CL. 9-"Pre-recorded [ video cassettes and ] digital video discs featuring musical performances; pre-recorded [ audio cassettes, ] phonograph records and compact discs featuring music; decorative magnets; cell phone covers"; (8) JIMI HENDRIX in Standard Character Form, for CL. 41-" Entertainment services, namely, providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network; music publishing services"; (9) JIMI HENDRIX.COM in Stylized Form, for CL. 41-"Entertainment services, namely, providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network"; (10) 10-JIMI HENDRIX.COM in Standard Character Form, for CL. 41-"Entertainment services, namely, providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network"; (11) JIMI HENDRIX in Stylized Form, for CL. 41-" Entertainment services, namely, providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network; music publishing services"; (12) JIMI HENDRIX in Stylized Form, for CL. 16-"Printed matter, namely, calendars, posters, photographs, postcards, stickers; books, namely, printed music books and collectors' books containing printed music, photographs, handwritten lyrics by Jimi Hendrix and commentary; [ pens; ] checkbook covers"; (13) JIMI HENDRIX EXPERIENCE in Typed Form (Standard Character Form), for CL. 9-"[ Pre-recorded videocassettes and ] digital video discs featuring musical performances; [ pre-recorded audiocassettes, ] phonograph records and compact discs featuring music."; (14) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 3-"Incense;" (15) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 24-"Afghans;" (16) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 24-"Afghans;" (17) JIMI HENDRIX in Stylized Form, for CL. 6-" [ Metal license plates; ] metal decorative boxes"; (18) JIMI HENDRIX EXPERIENCE I AM EXPERIENCED in Stylized and Design Form, for CL. 35-" Online retail store services featuring merchandise and memorabilia related to the music industry; [ mail order catalog,] telephone order, and computerized on-line ordering services featuring merchandise and memorabilia related to the music industry"; (19) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 25-" Clothing, namely, jackets, shorts, sport shirts, sweat shirts, t-shirts, tank tops; headgear, namely, beanies, [skull caps,] caps; infant diaper covers; wristbands"; (20) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 19-"Ceramic Tiles"; (21) JIMI HENDRIX.COM in Stylized Form, for CL. 21-" Sports bottles sold empty"; (22) JIMI HENDRIX in Stylized Form, for CL. 6-" Metal decorative boxes"; (23) JIMI HENDRIX in Stylized Form, for CL. 25-" Clothing, namely sweat shirts, t-shirts and caps; wristbands"; (24) EXPERIENCE HENDRIX in Stylized and Design Form, for CL. 16-" Printed music books"; (25) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 4-" Candles"; (26) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 5-" Air fresheners"; (27) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 9-" [Decorative switch plate covers;]

decorative magnets"; (28) **JIMI HENDRIX ELECTRIC GUITAR FESTIVAL in Standard Character Form**, for CL. 16-"Posters"; (29) **JIMI HENDRIX ELECTRIC GUITAR COMPETITION in Standard Character Form**, for CL. 16-"Posters"; (30) **JIMI HENDRIX ELECTRIC GUITAR COMPETITION in Standard Character Form**, for CL. 14-"Ornamental pins"; (31) **JIMI HENDRIX in Stylized and Design Form**, for CL. 25-"T-shirts"; (32) **JIMI HENDRIX in Stylized and Design Form**, for CL. 16-"Posters"; (33) **THE JIMI HENDRIX EXPERIENCE in Standard Character Form**, for CL. 25-" Clothing; namely, t-shirts [, hats, and caps ]"; (34) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 16-" Printed matter, namely posters, photographs, postcards, calendars, stickers, lithographs, prints in the nature of silkscreens; pens"; (35) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 20-"Non-metal and non-leather key chains; plaques"; (36) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 16-"Stationery"; (37) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 14-" Clocks; watches; jewelry, namely, pins and necklaces"; (38) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 26-"Ornamental novelty buttons"; (39) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 9-"Educational software featuring instruction in music and guitar playing; Guitar amplifiers; Guitar effects processors"; (40) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 15-" Guitar picks; Guitar straps; Guitar strings"; (41) **JIMI HENDRIX in Stylized Form**, for CL. 9-" Digital media, namely, downloadable audio and video recordings, and pre-recorded high definition discs featuring music and musical performances; Downloadable podcasts in the field of music; Musical sound recordings"; (42) **EXPERIENCE HENDRIX in Stylized and Design Form**, for CL. 9-"Digital media, namely, pre-recorded compact discs, digital video discs, downloadable audio and video recordings, and high definition discs featuring music and musical performances; Downloadable podcasts in the field of music; Phonograph records featuring music"; (43) **JIMI HENDRIX in Standard Character Form**, for CL. 9-"Digital media, namely, pre-recorded digital video discs, downloadable audio and video recordings, and high definition discs featuring music and musical performances; Downloadable podcasts in the field of music; Downloadable user interactive entertainment software used for sharing video, text, photos and music with the user via the Internet and wireless devices; Musical sound recordings; Phonograph records featuring music."

### *COMPARISON OF MARKS*

Marks may be confusingly similar in appearance where there are similar terms or phrases or similar parts of terms or phrases appearing in both applicant's and registrant's mark. *See e.g., Crocker Nat'l Bank v. Canadian Imperial Bank of Commerce* , 228 USPQ 689 (TTAB 1986), *aff'd* 1 USPQ2d 1813 (Fed. Cir. 1987) (COMMCASH and COMMUNICASH); *In re Phillips-Van Heusen Corp.*, 228 USPQ 949 (TTAB 1986) (21 CLUB and "21" CLUB (stylized)); *In re Corning Glass Works*, 229 USPQ 65 (TTAB 1985) (CONFIRM and CONFIRMCELLS); *In re Collegian Sportswear Inc.*, 224 USPQ 174 (TTAB 1984) (COLLEGIAN OF CALIFORNIA and COLLEGIENNE); *In re Pellerin Milnor Corp.*, 221 USPQ 558 (TTAB 1983) (MILTRON and MILLTRONICS); *In re BASF A.G.*, 189 USPQ 424 (TTAB 1975) (LUTEXAL and LUTEX); TMEP §§1207.01(b)(ii) and (b)(iii).

In the present case, applicant's mark is confusingly similar to the registered marks because its mark encompasses the wording JIMI (denoting an association with JIMI HENDRIX) and/or a likeness of JIMI HENDRIX, giving the impression that the goods and services under the given marks may emanate from a common source.

### *COMPARISON OF GOODS & SERVICES*

Moreover, the applicant's goods are closely related to the registrants' goods and services because they are all goods and services being sold under the Jimi Hendrix brand or bearing a connection to the brand or line of goods and services.

To show an association and relatedness between the parties' goods and services, examining attorney relies on applicant's website where it states that there is a connection or ownership of Intellectual Property for Jimi Hendrix:

Jimi Hendrix an iconic guitarist, singer, songwriter, and musician created a body of work during his lifetime that transcends both space and time. He was named the top guitarist of all time by Rolling Stone magazine and continues to be revered by music lovers around the world. Jimi Electronics has access to the Jimi Hendrix based Intellectual Property including image, photo, and artistic-based likeness. We do not have access to the Jimi Hendrix sound catalog or music. In partnership with talented engineers and executives who have experience in Consumer Electronics, Jimi Electronics goal is to create a Company that evokes a positive feeling through both sound and imagery.

Material obtained from applicant's website is acceptable as competent evidence. *See In re N.V. Organon*, 79 USPQ2d 1639, 1642-43 (TTAB 2006); *In re Promo Ink*, 78 USPQ2d 1301, 1302-03 (TTAB 2006); *In re A La Vieille Russie Inc.*, 60 USPQ2d 1895, 1898 (TTAB 2001); TBMP §1208.03; TMEP §710.01(b).

Thus, in view of the relatedness of the marks and the goods, there is a strong likelihood that consumers would perceive that the goods emanate from a common source.

In view of the above circumstances, the examining attorney must resolve any doubt regarding a likelihood of confusion is resolved in favor of the prior registrant. *In re Hyper Shoppes (Ohio), Inc.*, 837 F.2d 463, 6 USPQ2d 1025 (Fed. Cir. 1988); TMEP §§1207.01(d)(i).

Thus, the mark is refused registration on the Principal Register under Section 2(d).

## *Applicant should note the following additional ground for refusal.*

## SECTION 2(c) REFUSAL – FALSE CONNECTION

Registration is refused because the applied-for mark consists of or includes matter which may falsely suggest a connection with **Jimi Hendrix**. Although **Jimi Hendrix** is not connected with the goods and/or services provided by applicant under the applied-for mark, **Jimi Hendrix** is so famous that consumers would presume a connection. Trademark Act Section 2(a), 15 U.S.C. §1052(a); *see* TMEP §1203.03, (c). *See generally*

*Univ. of Notre Dame du Lac v. J.C. Gourmet Food Imps. Co.*, 703 F.2d 1372, 217 USPQ 505 (Fed. Cir. 1983); *In re Cotter & Co.*, 228 USPQ 202 (TTAB 1985); *Buffett v. Chi-Chi's, Inc.*, 226 USPQ 428 (TTAB 1985).

Under Trademark Act Section 2(a), the registration of a mark that "consists of or comprises matter that may falsely suggest a connection with persons, institutions, beliefs, or national symbols" is prohibited. *In re Pedersen*, 109 USPQ2d 1185, 1188 (TTAB 2013). To establish that an applied-for mark falsely suggests a connection with a person or an institution, the following is required:

    (1) The mark sought to be registered is the same as, or a close approximation of, the name or identity previously used by another person or institution.

    (2) The mark would be recognized as such, in that it points uniquely and unmistakably to that person or institution.

    (3) The person or institution identified in the mark is not connected with the goods sold or services performed by applicant under the mark.

    (4) The fame or reputation of the named person or institution is of such a nature that a connection with such person or institution would be presumed when applicant's mark is used on its goods and/or services.

*In re Pedersen*, 109 USPQ2d at 1188-89; *In re Jackson Int'l Trading Co.*, 103 USPQ2d 1417, 1419 (TTAB 2012); TMEP §1203.03(c)(i); *see also Univ. of Notre Dame du Lac v. J.C. Gourmet Food Imps. Co.*, 703 F.2d 1372, 1375-77, 217 USPQ 505, 508-10 (Fed. Cir. 1983) (providing foundational principles for the current four-part test used to determine the existence of a false connection).

Due to the renown of the institution or person named in the mark, and the fact that there is no information in the application record regarding a connection with applicant, applicant must specify whether the person or institution named in the mark has any connection with applicant's goods and/or services, and if so, must describe the nature and extent of that connection. *See* 37 C.F.R. §2.61(b); TMEP §1203.03(c)(i).

Although the examining attorney has refused registration, the applicant may respond to the refusal(s) to register by submitting evidence and arguments in support of registration. If the applicant chooses to respond to the refusal to register, the applicant must also respond to the below listed informalities.

## INFORMALITIES

### 1. APPLICATION NOT ENTITLED TO REGISTER BASED ON EARLIER FILED PENDING APPLICATIONS

The effective filing date of pending U.S. Application Serial Nos. 86541766, 86541775, 86541786, and 86541792 precedes applicant's filing date. *See* attached referenced applications. If the marks in the referenced applications register, applicant's mark may be refused registration under Trademark Act Section 2(d) because of a likelihood of confusion between the marks. *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.83; TMEP §§1208 *et seq.* Therefore, upon receipt of applicant's response to this Office action, action on this application may be suspended pending final disposition of the earlier-filed referenced applications.

In response to this Office action, applicant may present arguments in support of registration by addressing the issue of the potential conflict between applicant's mark and the mark in the referenced application. Applicant's election not to submit arguments at this time in no way limits applicant's right to address this issue later if a refusal under Section 2(d) issues.

### 2. DESCRIPTION OF THE MARK INACCURATE

Applicant must submit an accurate and concise description of the literal and design elements in the mark. 37 C.F.R. §2.37; *see* TMEP §§808.01, 808.02. Specifically, applicant references "a man" in the description, however it is clear that the "man" is Jimi Hendrix. Thus, applicant must be specific with the description.

The following is suggested, if accurate:

    The mark consists of a **depiction or portrait of Jimi Hendrix holding and playing** a guitar, circumscribed by concentric circles. The outlined word "JIMI" appears in stylized font below the **portrait** within the concentric circles. The colors black, white, and/or gray represent background, outlining, shading and/or transparent areas and are not part of the mark.

### RESPONSE INQUIRY

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02,

709.06.

> /Darryl M. Spruill/
> Trademark Attorney
> Law Office 112
> (571) 272-9418 (office)
> (571) 273-9418 (fax)
> darryl.spruill@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

U.S. APPLICATION SERIAL NO.  86617500

MARK: JIMI JAMS

**\*86617500\***

CORRESPONDENT ADDRESS:
 DANIEL L. DAWES TMCP-ULA
 Ucla Trademark Law Clinic
 385 Charles E Young Drive East
 Los Angeles, CA 90095-0001

CLICK HERE TO RESPOND TO THIS LETTER:
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

APPLICANT: Jimi Electronics Inc.

CORRESPONDENT'S REFERENCE/DOCKET NO :
 Stepancich.T
CORRESPONDENT E-MAIL ADDRESS:
 uspto@law.ucla.edu

## OFFICE ACTION

### STRICT DEADLINE TO RESPOND TO THIS LETTER
TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE BELOW.**

ISSUE/MAILING DATE: 6/2/2015

TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE: Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $50 per international class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone without incurring this additional fee.

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**Summary of Issues Applicant Must Address**
- §2(d) Likelihood Of Confusion Refusal
- §2(a) False Connection Refusal
- Citation of a Prior-Pending Application

## SECTION 2(d) REFUSAL – LIKELIHOOD OF CONFUSION

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration Nos. **2250912, 2322761, 2383500, 2876475, 2902769, 2989576, 2997675, 2997676, 2998058, 2998059, 3001464, 3001465, 3256776, 3290861, 3290862, 3297740, 3297741, 3297742, 3302117, 3302367, 3306890, 3306891, 3306892, 3312070, 3312071, 3312206, 3316547, 3322319, 3328324, 3328579, 3328587, 3334862, 3374813, 3399951, 3490531, 3881766, 3865983, 3904594, 3904595, 4272128, 4272131,** and **4278938.** Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq. See* the enclosed registrations.
Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely a potential consumer would be confused, mistaken, or deceived as to the source of the goods and/or services of the applicant and registrant. *See* 15 U.S.C. §1052(d). A determination of likelihood of confusion under Section 2(d) is made on a case-by case basis and the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973) aid in this determination. *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 637 F.3d 1344, 1349, 98 USPQ2d 1253, 1256 (Fed. Cir. 2011) (citing *On-Line Careline, Inc. v. Am. Online, Inc.*, 229 F.3d 1080, 1085, 56 USPQ2d 1471, 1474 (Fed. Cir. 2000)). Not all the *du Pont* factors, however, are necessarily relevant or of equal weight, and any one of the factors may control in a given case, depending upon the evidence of record. *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 637 F.3d at 1355, 98 USPQ2d at 1260; *In re Majestic Distilling Co.*, 315 F.3d 1311, 1315, 65 USPQ2d 1201, 1204 (Fed. Cir. 2003); *see In re E. I. du Pont de Nemours & Co.*, 476

F.2d at 1361-62, 177 USPQ at 567.

In this case, the following factors are the most relevant: similarity of the marks, similarity and nature of the goods and/or services, and similarity of the trade channels of the goods and/or services. *See In re Viterra Inc.*, 671 F.3d 1358, 1361-62, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012); *In re Dakin's Miniatures Inc* , 59 USPQ2d 1593, 1595-96 (TTAB 1999); TMEP §§1207.01 *et seq.*

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression. *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F. 3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v). "Similarity in any one of these elements may be sufficient to find the marks confusingly similar." *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014) (citing *In re White Swan Ltd.*, 8 USPQ2d 1534, 1535 (TTAB 1988); *In re 1st USA Realty Prof'ls, Inc* , 84 USPQ2d 1581, 1586 (TTAB 2007)); TMEP §1207.01(b).

The goods and/or services of the parties need not be identical or even competitive to find a likelihood of confusion. *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000) ("[E]ven if the goods in question are different from, and thus not related to, one another in kind, the same goods can be related in the mind of the consuming public as to the origin of the goods."); TMEP §1207.01(a)(i).

The respective goods and/or services need only be "related in some manner and/or if the circumstances surrounding their marketing [be] such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." *Coach Servs., Inc v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i).

The applicant has requested registration of the mark JIMI JAMS in Standard Character Form, for "Audio Speakers." The registrants' marks are:

> **(1) EXPERIENCE HENDRIX in Stylized and Design Form**, for CL. 9-"musical sound recordings"; **(2) JIMI HENDRIX in Typed Form (Standard Character Form)**, for CL. 25-"clothing, namely, T-shirts, jackets, caps and [gloves]"; **(3) JIMI HENDRIX in Typed Form (Standard Character Form)**, for CL. 41-" entertainment services, namely, preparing audiovisual displays and exhibitions in the field of music"; **(4) JIMI HENDRIX in Typed Form (Standard Character Form)**, for CL. 9-"[ Pre-recorded video cassettes featuring musical performances; pre-recorded audio cassettes and ] compact discs featuring music"; **(5) JIMI HENDRIX in Typed Form (Standard Character Form)**, for CL. 16-"Printed matter, namely, calendars, posters, photographs, postcards, stickers, [ music in printed form; ] printed music books; books containing information and memorabilia relating to Jimi Hendrix, books, namely, collector's books containing printed music, photographs, handwritten lyrics by Jimi Hendrix and commentary"; **(6) JIMI HENDRIX in Standard Character Form**, for CL. 14-" Wrist watches; alarm clocks; wall clocks; and jewelry, namely ornamental pins"; **(7) JIMI HENDRIX in Stylized Form**, for CL. 9-"Pre-recorded [ video cassettes and ] digital video discs featuring musical performances; pre-recorded [ audio cassettes, ] phonograph records and compact discs featuring music; decorative magnets; cell phone covers"; **(8) JIMI HENDRIX in Standard Character Form**, for CL. 41-" Entertainment services, namely, providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network; music publishing services"; **(9) JIMI HENDRIX.COM in Stylized Form**, for CL. 41-"Entertainment services, namely, providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network"; **(10) 10-JIMI HENDRIX.COM in Standard Character Form**, for CL. 41-"Entertainment services, namely, providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network"; **(11) JIMI HENDRIX in Stylized Form**, for CL. 41-" Entertainment services, namely, providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network; music publishing services"; **(12) JIMI HENDRIX in Stylized Form**, for CL. 16-"Printed matter, namely, calendars, posters, photographs, postcards, stickers; books, namely, printed music books and collectors' books containing printed music, photographs, handwritten lyrics by Jimi Hendrix and commentary; [ pens; ] checkbook covers"; **(13) JIMI HENDRIX EXPERIENCE in Typed Form (Standard Character Form)**, for CL. 9-"[ Pre-recorded videocassettes and ] digital video discs featuring musical performances; [ pre-recorded audiocassettes, ] phonograph records and compact discs featuring music."; **(14) AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 3-"Incense;" **(15) AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 24-"Afghans;" **(16) AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 24-"Afghans;" **(17) JIMI HENDRIX in Stylized Form**, for CL. 6-" [ Metal license plates; ] metal decorative boxes"; **(18) JIMI HENDRIX EXPERIENCE I AM EXPERIENCED in Stylized and Design Form**, for CL. 35-" Online retail store services featuring merchandise and memorabilia related to the music industry; [ mail order catalog,] telephone order, and computerized on-line ordering services featuring merchandise and memorabilia related to the music industry"; **(19) AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 25-" Clothing, namely, jackets, shorts, sport shirts, sweat shirts, t-shirts, tank tops; headgear, namely, beanies, [skull caps,] caps; infant diaper covers; wristbands"; **(20) AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 19-"Ceramic Tiles"; **(21) JIMI HENDRIX.COM in Stylized Form**, for CL. 21-" Sports bottles sold empty"; **(22) JIMI HENDRIX in Stylized Form**, for CL. 6-" Metal decorative boxes"; **(23) JIMI HENDRIX in Stylized Form**, for CL. 25-" Clothing, namely sweat shirts, t-shirts and caps; wristbands"; **(24) EXPERIENCE HENDRIX in Stylized and Design Form**, for CL. 16-" Printed music books"; **(25) AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 4-" Candles"; **(26) AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 5-" Air fresheners"; **(27) AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 9-" [Decorative switch plate covers;]

decorative magnets"; (28) JIMI HENDRIX ELECTRIC GUITAR FESTIVAL in Standard Character Form, for CL. 16-"Posters"; (29) JIMI HENDRIX ELECTRIC GUITAR COMPETITION in Standard Character Form, for CL. 16-"Posters"; (30) JIMI HENDRIX ELECTRIC GUITAR COMPETITION in Standard Character Form, for CL. 14-"Ornamental pins"; (31) JIMI HENDRIX in Stylized and Design Form, for CL. 25-"T-shirts"; (32) JIMI HENDRIX in Stylized and Design Form, for CL. 16- "Posters"; (33) THE JIMI HENDRIX EXPERIENCE in Standard Character Form, for CL. 25-" Clothing; namely, t-shirts [, hats, and caps ]"; (34) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 16-" Printed matter, namely posters, photographs, postcards, calendars, stickers, lithographs, prints in the nature of silkscreens; pens"; (35) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 20-"Non-metal and non-leather key chains; plaques"; (36) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 16-"Stationery"; (37) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 14-" Clocks; watches; jewelry, namely, pins and necklaces"; (38) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 26-"Ornamental novelty buttons"; (39) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 9-"Educational software featuring instruction in music and guitar playing; Guitar amplifiers; Guitar effects processors"; (40) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 15-" Guitar picks; Guitar straps; Guitar strings"; (41) JIMI HENDRIX in Stylized Form, for CL. 9-" Digital media, namely, downloadable audio and video recordings, and pre-recorded high definition discs featuring music and musical performances; Downloadable podcasts in the field of music; Musical sound recordings"; (42) EXPERIENCE HENDRIX in Stylized and Design Form, for CL. 9-"Digital media, namely, pre-recorded compact discs, digital video discs, downloadable audio and video recordings, and high definition discs featuring music and musical performances; Downloadable podcasts in the field of music; Phonograph records featuring music"; (43) JIMI HENDRIX in Standard Character Form, for CL. 9-"Digital media, namely, pre-recorded digital video discs, downloadable audio and video recordings, and high definition discs featuring music and musical performances; Downloadable podcasts in the field of music; Downloadable user interactive entertainment software used for sharing video, text, photos and music with the user via the Internet and wireless devices; Musical sound recordings; Phonograph records featuring music."

### COMPARISON OF MARKS

Marks may be confusingly similar in appearance where there are similar terms or phrases or similar parts of terms or phrases appearing in both applicant's and registrant's mark.  See e.g., Crocker Nat'l Bank v. Canadian Imperial Bank of Commerce , 228 USPQ 689 (TTAB 1986), aff'd 1 USPQ2d 1813 (Fed. Cir. 1987) (COMMCASH and COMMUNICASH); In re Phillips-Van Heusen Corp., 228 USPQ 949 (TTAB 1986) (21 CLUB and "21" CLUB (stylized)); In re Corning Glass Works, 229 USPQ 65 (TTAB 1985) (CONFIRM and CONFIRMCELLS); In re Collegian Sportswear Inc., 224 USPQ 174 (TTAB 1984) (COLLEGIAN OF CALIFORNIA and COLLEGIENNE); In re Pellerin Milnor Corp., 221 USPQ 558 (TTAB 1983) (MILTRON and MILLTRONICS); In re BASF A.G , 189 USPQ 424 (TTAB 1975) (LUTEXAL and LUTEX); TMEP §§1207.01(b)(ii) and (b)(iii).

In the present case, applicant's mark is confusingly similar to the registered marks because its mark encompasses the wording JIMI (denoting an association with JIMI HENDRIX) and/or a likeness of JIMI HENDRIX, giving the impression that the goods and services under the given marks may emanate from a common source.

### COMPARISON OF GOODS & SERVICES

Moreover, the applicant's goods are closely related to the registrants' goods and services because they are all goods and services being sold under the Jimi Hendrix brand or bearing a connection to the brand or line of goods and services.

To show an association and relatedness between the parties' goods and services, examining attorney relies on applicant's website where it states that there is a connection or ownership of Intellectual Property for Jimi Hendrix:

> Jimi Hendrix an iconic guitarist, singer, songwriter, and musician created a body of work during his lifetime that transcends both space and time. He was named the top guitarist of all time by Rolling Stone magazine and continues to be revered by music lovers around the world. Jimi Electronics has access to the Jimi Hendrix based Intellectual Property including image, photo, and artistic-based likeness. We do not have access to the Jimi Hendrix sound catalog or music. In partnership with talented engineers and executives who have experience in Consumer Electronics, Jimi Electronics goal is to create a Company that evokes a positive feeling through both sound and imagery.

Material obtained from applicant's website is acceptable as competent evidence. See In re N.V. Organon, 79 USPQ2d 1639, 1642-43 (TTAB 2006); In re Pronto Ink, 78 USPQ2d 1301, 1302-03 (TTAB 2006); In re A La Vieille Russie Inc., 60 USPQ2d 1895, 1898 (TTAB 2001); TBMP §1208.03; TMEP §710.01(b).

Thus, in view of the relatedness of the marks and the goods, there is a strong likelihood that consumers would perceive that the goods emanate from a common source.

In view of the above circumstances, the examining attorney must resolve any doubt regarding a likelihood of confusion is resolved in favor of the prior registrant. In re Hyper Shoppes (Ohio), Inc., 837 F.2d 463, 6 USPQ2d 1025 (Fed. Cir. 1988); TMEP §§1207.01(d)(i).

Thus, the mark is refused registration on the Principal Register under Section 2(d).

### *Applicant should note the following additional ground for refusal.*

## SECTION 2(c) REFUSAL – FALSE CONNECTION

Registration is refused because the applied-for mark consists of or includes matter which may falsely suggest a connection with **Jimi Hendrix**. Although **Jimi Hendrix** is not connected with the goods and/or services provided by applicant under the applied-for mark, **Jimi Hendrix** is so famous that consumers would presume a connection. Trademark Act Section 2(a), 15 U.S.C. §1052(a); see TMEP §1203.03, (c). See generally

*Univ. of Notre Dame du Lac v. J.C. Gourmet Food Imps. Co.*, 703 F.2d 1372, 217 USPQ 505 (Fed. Cir. 1983); *In re Cotter & Co.*, 228 USPQ 202 (TTAB 1985); *Buffett v. Chi-Chi's, Inc.*, 226 USPQ 428 (TTAB 1985).

Under Trademark Act Section 2(a), the registration of a mark that "consists of or comprises matter that may falsely suggest a connection with persons, institutions, beliefs, or national symbols" is prohibited. *In re Pedersen*, 109 USPQ2d 1185, 1188 (TTAB 2013). To establish that an applied-for mark falsely suggests a connection with a person or an institution, the following is required:

(1) The mark sought to be registered is the same as, or a close approximation of, the name or identity previously used by another person or institution.

(2) The mark would be recognized as such, in that it points uniquely and unmistakably to that person or institution.

(3) The person or institution identified in the mark is not connected with the goods sold or services performed by applicant under the mark.

(4) The fame or reputation of the named person or institution is of such a nature that a connection with such person or institution would be presumed when applicant's mark is used on its goods and/or services.

*In re Pedersen*, 109 USPQ2d at 1188-89; *In re Jackson Int'l Trading Co.*, 103 USPQ2d 1417, 1419 (TTAB 2012); TMEP §1203.03(c)(i); *see also Univ. of Notre Dame du Lac v. J.C. Gourmet Food Imps. Co.*, 703 F.2d 1372, 1375-77, 217 USPQ 505, 508-10 (Fed. Cir. 1983) (providing foundational principles for the current four-part test used to determine the existence of a false connection).

Due to the renown of the institution or person named in the mark, and the fact that there is no information in the application record regarding a connection with applicant, applicant must specify whether the person or institution named in the mark has any connection with applicant's goods and/or services, and if so, must describe the nature and extent of that connection. *See* 37 C.F.R. §2.61(b); TMEP §1203.03(c)(i).

Although the examining attorney has refused registration, the applicant may respond to the refusal(s) to register by submitting evidence and arguments in support of registration. If the applicant chooses to respond to the refusal to register, the applicant must also respond to the below listed informality.

## INFORMALITY
### APPLICATION NOT ENTITLED TO REGISTER BASED ON EARLIER FILED PENDING APPLICATIONS
The effective filing date of pending U.S. Application Serial Nos. **86541766, 86541775, 86541786, and 86541792** precedes applicant's filing date. *See* attached referenced applications. If the marks in the referenced applications register, applicant's mark may be refused registration under Trademark Act Section 2(d) because of a likelihood of confusion between the marks. *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.83; TMEP §§1208 *et seq.* Therefore, upon receipt of applicant's response to this Office action, action on this application may be suspended pending final disposition of the earlier-filed referenced applications.

In response to this Office action, applicant may present arguments in support of registration by addressing the issue of the potential conflict between applicant's mark and the mark in the referenced application. Applicant's election not to submit arguments at this time in no way limits applicant's right to address this issue later if a refusal under Section 2(d) issues.

## RESPONSE INQUIRY
If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06.

/Darryl M. Spruill/
Trademark Attorney
Law Office 112
(571) 272-9418 (office)
(571 273-9418 (fax)
darryl.spruill@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

**Print: May 22, 2015**                    75003276

**DESIGN MARK**

**Serial Number**
75003276

**Status**
REGISTERED AND RENEWED

**Word Mark**
JIMI HENDRIX

**Standard Character Mark**
No

**Registration Number**
2383500

**Date Registered**
2000/09/05

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Experience Hendrix, L.L.C. LIMITED LIABILITY COMPANY WASHINGTON 14501
INTERURBAN AVENUE SOUTH Seattle WASHINGTON 98168

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S:
entertainment services, namely, preparing audiovisual displays and
exhibitions in the field of music.  First Use: 1999/06/25.  First Use
In Commerce: 1999/06/25.

**Name/Portrait Statement**
The mark is the name of a deceased individual.

**Filing Date**
1995/10/10

**Examining Attorney**
LAMOTHE, LESLEY

**Attorney of Record**
Karen Wetherell Davis

-1-

U.S. APPLICATION SERIAL NO. 86617497

MARK: JIMI

**\*86617497\***

CORRESPONDENT ADDRESS:
DANIEL L. DAWES TMCP-ULA
Ucla Trademark Law Clinic
385 Charles E Young Drive East
Los Angeles, CA 90095-0001

CLICK HERE TO RESPOND TO THIS LETTER:
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

APPLICANT: Jimi Electronics Inc.

CORRESPONDENT'S REFERENCE/DOCKET NO :
Stepancich T
CORRESPONDENT E-MAIL ADDRESS:
uspto@law.ucla.edu

## OFFICE ACTION

### STRICT DEADLINE TO RESPOND TO THIS LETTER
TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S
COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

ISSUE/MAILING DATE: 6/2/2015

TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL
REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE: Applicants who filed their application
online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to
Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address;
and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b),
2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of
$50 per international class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain
situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone without
incurring this additional fee.

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to
the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**Summary of Issues Applicant Must Address**
- §2(d) Likelihood of Confusion Refusal
- §2(a) False Connection Refusal
- Citation of a Prior-Pending Application
- Mark Description Inaccurate

### SECTION 2(d) REFUSAL – LIKELIHOOD OF CONFUSION

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration Nos. 2250912, 2322761,
2383500, 2876475, 2902769, 2989576, 2997675, 2997676, 2998058, 2998059, 3001464, 3001465, 3256776, 3290861, 3290862, 3297740,
3297741, 3297742, 3302117, 3302367, 3306890, 3306891, 3306892, 3312070, 3312071, 3312206, 3316547, 3322319, 3328324, 3328579,
3328587, 3334862, 3374813, 3399951, 3490531, 3881766, 3865983, 3904594, 3904595, 4272128, 4272131, and 4278938. Trademark Act
Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq*. *See* the enclosed registrations.
Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely a potential consumer
would be confused, mistaken, or deceived as to the source of the goods and/or services of the applicant and registrant. *See* 15 U.S.C. §1052(d).
A determination of likelihood of confusion under Section 2(d) is made on a case-by-case basis and the factors set forth in *In re E. I. du Pont de
Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973) aid in this determination. *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 637
F.3d 1344, 1349, 98 USPQ2d 1253, 1256 (Fed. Cir. 2011) (citing *On-Line Careline, Inc. v. Am. Online, Inc.*, 229 F.3d 1080, 1085, 56 USPQ2d
1471, 1474 (Fed. Cir. 2000)). Not all the *du Pont* factors, however, are necessarily relevant or of equal weight, and any one of the factors may
control in a given case, depending upon the evidence of record. *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 637 F.3d at 1355, 98 USPQ2d at

1260; *In re Majestic Distilling Co.*, 315 F.3d 1311, 1315, 65 USPQ2d 1201, 1204 (Fed. Cir. 2003); *see In re E. I. du Pont de Nemours & Co.*, 476 F.2d at 1361-62, 177 USPQ at 567.

In this case, the following factors are the most relevant: similarity of the marks, similarity and nature of the goods and/or services, and similarity of the trade channels of the goods and/or services. *See In re Viterra Inc.*, 671 F.3d 1358, 1361-62, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012); *In re Dakin's Miniatures Inc.*, 59 USPQ2d 1593, 1595-96 (TTAB 1999); TMEP §§1207.01 *et seq.*

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression. *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F. 3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v). "Similarity in any one of these elements may be sufficient to find the marks confusingly similar." *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014) (citing *In re White Swan Ltd.*, 8 USPQ2d 1534, 1535 (TTAB 1988); *In re 1st USA Realty Prof'ts, Inc.*, 84 USPQ2d 1581, 1586 (TTAB 2007)); TMEP §1207.01(b).

The goods and/or services of the parties need not be identical or even competitive to find a likelihood of confusion. *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000) ("[E]ven if the goods in question are different from, and thus not related to, one another in kind, the same goods can be related in the mind of the consuming public as to the origin of the goods."); TMEP §1207.01(a)(i).

The respective goods and/or services need only be "related in some manner and/or if the circumstances surrounding their marketing [be] such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i).

The applicant has requested registration of the mark JIMI in Stylized and Design Form, for "Audio Speakers." The registrants' marks are:
(1) **EXPERIENCE HENDRIX in Stylized and Design Form**, for CL. 9-"musical sound recordings"; (2) **JIMI HENDRIX in Typed Form (Standard Character Form)**, for CL. 25-"clothing, namely, T-shirts, jackets, caps and [gloves]"; (3) **JIMI HENDRIX in Typed Form (Standard Character Form)**, for CL. 41-" entertainment services, namely, preparing audiovisual displays and exhibitions in the field of music"; (4) **JIMI HENDRIX in Typed Form (Standard Character Form)**, for CL. 9-"[ Pre-recorded video cassettes featuring musical performances; pre-recorded audio cassettes ] compact discs featuring music";(5) **JIMI HENDRIX in Typed Form (Standard Character Form)**, for CL. 16-"Printed matter, namely, calendars, posters, photographs, postcards, stickers, [ music in printed form; ] printed music books; books containing information and memorabilia relating to Jimi Hendrix, books, namely, collector's books containing printed music, photographs, handwritten lyrics by Jimi Hendrix and commentary"; (6) **JIMI HENDRIX in Standard Character Form**, for CL. 14-" Wrist watches; alarm clocks; wall clocks; and jewelry, namely ornamental pins"; (7) **JIMI HENDRIX in Stylized Form**, for CL. 9-"Pre-recorded [ video cassettes and ] digital video discs featuring musical performances; pre-recorded [ audio cassettes, ] phonograph records and compact discs featuring music; decorative magnets; cell phone covers"; (8) **JIMI HENDRIX in Standard Character Form**, for CL. 41-" Entertainment services, namely, providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network; music publishing services"; (9) **JIMI HENDRIX.COM in Stylized Form**, for CL. 41-"Entertainment services, namely, providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network"; (10) **10-JIMI HENDRIX.COM in Standard Character Form**, for CL. 41-"Entertainment services, namely, providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network"; (11) **JIMI HENDRIX in Stylized Form**, for CL. 41-" Entertainment services, namely, providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network; music publishing services"; (12) **JIMI HENDRIX in Stylized Form**, for CL. 16-"Printed matter, namely, calendars, posters, photographs, postcards, stickers; books, namely, printed music books and collectors' books containing printed music, photographs, handwritten lyrics by Jimi Hendrix and commentary; [ pens; ] checkbook covers"; (13) **JIMI HENDRIX EXPERIENCE in Typed Form (Standard Character Form)**, for CL. 9-"[ Pre-recorded videocassettes and ] digital video discs featuring musical performances; [ pre-recorded audiocassettes, ] phonograph records and compact discs featuring music."; (14) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 3-"Incense;" (15) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 24-"Afghans;" (16) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 24-"Afghans;" (17) **JIMI HENDRIX in Stylized Form**, for CL. 6-" [ Metal license plates; ] metal decorative boxes"; (18) **JIMI HENDRIX EXPERIENCE I AM EXPERIENCED in Stylized and Design Form**, for CL. 35-" Online retail store services featuring merchandise and memorabilia related to the music industry; [ mail order catalog,] telephone order, and computerized on-line ordering services featuring merchandise and memorabilia related to the music industry"; (19) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 25-" Clothing, namely, jackets, shorts, sport shirts, sweat shirts, t-shirts, tank tops; headgear, namely, beanies, [skull caps,] caps; infant diaper covers; wristbands"; (20) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 19-"Ceramic Tiles"; (21) **JIMI HENDRIX.COM in Stylized Form**, for CL. 21-" Sports bottles sold empty"; (22) **JIMI HENDRIX in Stylized Form**, for CL. 6-" Metal decorative boxes"; (23) **JIMI HENDRIX in Stylized Form**, for CL. 25-" Clothing, namely sweat shirts, t-shirts and caps; wristbands"; (24) **EXPERIENCE HENDRIX in Stylized and Design Form**, for CL. 16-" Printed music books"; (25) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 4-" Candles"; (26) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 5-" Air fresheners"; (27) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 9-" [Decorative switch plate covers;]

decorative magnets"; (28) JIMI HENDRIX ELECTRIC GUITAR FESTIVAL in Standard Character Form, for CL. 16-"Posters"; (29) JIMI HENDRIX ELECTRIC GUITAR COMPETITION in Standard Character Form, for CL. 16-"Posters"; (30) JIMI HENDRIX ELECTRIC GUITAR COMPETITION in Standard Character Form, for CL. 14-"Ornamental pins"; (31) JIMI HENDRIX in Stylized and Design Form, for CL. 25-"T-shirts"; (32) JIMI HENDRIX in Stylized and Design Form, for CL. 16-"Posters"; (33) THE JIMI HENDRIX EXPERIENCE in Standard Character Form, for CL. 25-" Clothing; namely, t-shirts [, hats, and caps ]"; (34) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 16-" Printed matter, namely posters, photographs, postcards, calendars, stickers, lithographs, prints in the nature of silkscreens; pens"; (35) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 20-"Non-metal and non-leather key chains; plaques"; (36) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 16-"Stationery"; (37) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 14-" Clocks; watches; jewelry, namely, pins and necklaces"; (38) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 26-"Ornamental novelty buttons"; (39) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 9-"Educational software featuring instruction in music and guitar playing; Guitar amplifiers; Guitar effects processors"; (40) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 15-" Guitar picks; Guitar straps; Guitar strings"; (41) JIMI HENDRIX in Stylized Form, for CL. 9-" Digital media, namely, downloadable audio and video recordings, and pre-recorded high definition discs featuring music and musical performances; Downloadable podcasts in the field of music; Musical sound recordings"; (42)  EXPERIENCE HENDRIX in Stylized and Design Form, for CL. 9-"Digital media, namely, pre-recorded compact discs, digital video discs, downloadable audio and video recordings, and high definition discs featuring music and musical performances; Downloadable podcasts in the field of music; Phonograph records featuring music"; (43) JIMI HENDRIX in Standard Character Form, for CL. 9-"Digital media, namely, pre-recorded digital video discs, downloadable audio and video recordings, and high definition discs featuring music and musical performances; Downloadable podcasts in the field of music; Downloadable user interactive entertainment software used for sharing video, text, photos and music with the user via the Internet and wireless devices; Musical sound recordings; Phonograph records featuring music."

## COMPARISON OF MARKS

Marks may be confusingly similar in appearance where there are similar terms or phrases or similar parts of terms or phrases appearing in both applicant's and registrant's mark.   *See e.g., Crocker Nat'l Bank v. Canadian Imperial Bank of Commerce* , 228 USPQ 689 (TTAB 1986), *aff'd* 1 USPQ2d 1813 (Fed. Cir. 1987) (COMMCASH and COMMUNICASH); *In re Phillips-Van Heusen Corp.*, 228 USPQ 949 (TTAB 1986) (21 CLUB and "21" CLUB (stylized));  *In re Corning Glass Works*, 229 USPQ 65 (TTAB 1985) (CONFIRM and CONFIRMCELLS); *In re Collegian Sportswear Inc.*, 224 USPQ 174 (TTAB 1984) (COLLEGIAN of CALIFORNIA and COLLEGIENNE); *In re Pellerin Milnor Corp.*, 221 USPQ 558 (TTAB 1983) (MILTRON and MILLTRONICS); *In re BASF A.G.*, 189 USPQ 424 (TTAB 1975) (LUTEXAL and LUTEX); TMEP §§1207.01(b)(ii) and (b)(iii).

In the present case, applicant's mark is confusingly similar to the registered marks because its mark encompasses the wording JIMI (denoting an association with JIMI HENDRIX) and/or a likeness of JIMI HENDRIX, giving the impression that the goods and services under the given marks may emanate from a common source.

## COMPARISON OF GOODS & SERVICES

Moreover, the applicant's goods are closely related to the registrants' goods and services because they are all goods and services being sold under the Jimi Hendrix brand or bearing a connection to the brand or line of goods and services.

To show an association and relatedness between the parties' goods and services, examining attorney relies on applicant's website where it states that there is a connection or ownership of Intellectual Property for Jimi Hendrix:

Jimi Hendrix an iconic guitarist, singer, songwriter, and musician created a body of work during his lifetime that transcends both space and time. He was named the top guitarist of all time by Rolling Stone magazine and continues to be revered by music lovers around the world. Jimi Electronics has access to the Jimi Hendrix based Intellectual Property including image, photo, and artistic-based likeness. We do not have access to the Jimi Hendrix sound catalog or music. In partnership with talented engineers and executives who have experience in Consumer Electronics, Jimi Electronics goal is to create a Company that evokes a positive feeling through both sound and imagery.

Material obtained from applicant's website is acceptable as competent evidence. *See In re N.V. Organon*, 79 USPQ2d 1639, 1642-43 (TTAB 2006); *In re Promo Ink*, 78 USPQ2d 1301, 1302-03 (TTAB 2006); *In re A La Vieille Russie Inc.*, 60 USPQ2d 1895, 1898 (TTAB 2001); TBMP §1208.03; TMEP §710.01(b).

Thus, in view of the relatedness of the marks and the goods, there is a strong likelihood that consumers would perceive that the goods emanate from a common source.

In view of the above circumstances, the examining attorney must resolve any doubt regarding a likelihood of confusion is resolved in favor of the prior registrant. *In re Hyper Shoppes (Ohio), Inc.*, 837 F.2d 463, 6 USPQ2d 1025 (Fed. Cir. 1988); TMEP §§1207.01(d)(i).

Thus, the mark is refused registration on the Principal Register under Section 2(d).

## *Applicant should note the following additional ground for refusal.*

## SECTION 2(c) REFUSAL – FALSE CONNECTION

Registration is refused because the applied-for mark consists of or includes matter which may falsely suggest a connection with **Jimi Hendrix**. Although **Jimi Hendrix** is not connected with the goods and/or services provided by applicant under the applied-for mark, **Jimi Hendrix** is so famous that consumers would presume a connection. Trademark Act Section 2(a), 15 U.S.C. §1052(a); *see* TMEP §1203.03, (c). *See generally*

*Univ. of Notre Dame du Lac v J.C. Gourmet Food Imps. Co.*, 703 F.2d 1372, 217 USPQ 505 (Fed. Cir. 1983); *In re Cotter & Co.*, 228 USPQ 202 (TTAB 1985); *Buffett v  Chi-Chi's, Inc* , 226 USPQ 428 (TTAB 1985).

Under Trademark Act Section 2(a), the registration of a mark that "consists of or comprises matter that may falsely suggest a connection with persons, institutions, beliefs, or national symbols" is prohibited. *In re Pedersen*, 109 USPQ2d 1185, 1188 (TTAB 2013). To establish that an applied-for mark falsely suggests a connection with a person or an institution, the following is required:

(1) The mark sought to be registered is the same as, or a close approximation of, the name or identity previously used by another person or institution.

(2) The mark would be recognized as such, in that it points uniquely and unmistakably to that person or institution.

(3) The person or institution identified in the mark is not connected with the goods sold or services performed by applicant under the mark.

(4) The fame or reputation of the named person or institution is of such a nature that a connection with such person or institution would be presumed when applicant's mark is used on its goods and/or services.

*In re Pedersen*, 109 USPQ2d at 1188-89; *In re Jackson Int'l Trading Co.* , 103 USPQ2d 1417, 1419 (TTAB 2012); TMEP §1203.03(e)(i); *see also Univ. of Notre Dame du Lac v. J C. Gourmet Food Imps. Co.*, 703 F.2d 1372, 1375-77, 217 USPQ 505, 508-10 (Fed. Cir. 1983) (providing foundational principles for the current four-part test used to determine the existence of a false connection).

Due to the renown of the institution or person named in the mark, and the fact that there is no information in the application record regarding a connection with applicant, applicant must specify whether the person or institution named in the mark has any connection with applicant's goods and/or services, and if so, must describe the nature and extent of that connection. *See* 37 C.F.R. §2.61(b); TMEP §1203.03(e)(i).

Although the examining attorney has refused registration, the applicant may respond to the refusal(s) to register by submitting evidence and arguments in support of registration. If the applicant chooses to respond to the refusal to register, the applicant must also respond to the below listed informalities.

## *INFORMALITIES*
### 1.  APPLICATION NOT ENTITLED TO REGISTER BASED ON EARLIER FILED PENDING APPLICATIONS
The effective filing date of pending U.S. Application Serial Nos. **86541766, 86541775, 86541786, and 86541792** precedes applicant's filing date. *See* attached referenced applications. If the marks in the referenced applications register, applicant's mark may be refused registration under Trademark Act Section 2(d) because of a likelihood of confusion between the marks. *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.83; TMEP §§1208 *et seq*  Therefore, upon receipt of applicant's response to this Office action, action on this application may be suspended pending final disposition of the earlier-filed referenced applications.

In response to this Office action, applicant may present arguments in support of registration by addressing the issue of the potential conflict between applicant's mark and the mark in the referenced application. Applicant's election not to submit arguments at this time in no way limits applicant's right to address this issue later if a refusal under Section 2(d) issues.

### 2.  DESCRIPTION OF THE MARK INACCURATE
Applicant must submit an accurate and concise description of the literal and design elements in the mark. 37 C.F.R. §2.37; *see* TMEP §§808.01, 808.02. Specifically, applicant references "a man" in the description, however it is clear that the "man" is Jimi Hendrix.  Thus, applicant must be specific with the description.
The following is suggested, if accurate:

The mark consists of a **depiction or portrait of Jimi Hendrix holding and playing** a guitar, circumscribed by concentric circles. The outlined word "JIMI" appears in stylized font below the **portrait** within the concentric circles. The colors black, white, and/or gray represent background, outlining, shading and/or transparent areas and are not part of the mark.

## RESPONSE INQUIRY
If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02,

709.06.

/Darryl M. Spruill/
Trademark Attorney
Law Office 112
(571) 272-9418 (office)
(571 273-9418 (fax)
darryl.spruill@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

U.S. APPLICATION SERIAL NO.  86617500

MARK: JIMI JAMS

**\*86617500\***

CORRESPONDENT ADDRESS:
DANIEL L. DAWES TMCP-ULA
Ucla Trademark Law Clinic
385 Charles E Young Drive East
Los Angeles, CA 90095-0001

CLICK HERE TO RESPOND TO THIS LETTER:
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

APPLICANT: Jimi Electronics Inc.

CORRESPONDENT'S REFERENCE/DOCKET NO :
Stepancich.T
CORRESPONDENT E-MAIL ADDRESS:
uspto@law.ucla.edu

## OFFICE ACTION

### STRICT DEADLINE TO RESPOND TO THIS LETTER
TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE:** 6/2/2015

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820.  TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $50 per international class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04.  However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone without incurring this additional fee.

The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**Summary of Issues Applicant Must Address**
- §2(d) Likelihood Of Confusion Refusal
- §2(a) False Connection Refusal
- Citation of a Prior-Pending Application

## SECTION 2(d) REFUSAL – LIKELIHOOD OF CONFUSION

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration Nos. **2250912, 2322761, 2383500, 2876475, 2902769, 2989576, 2997675, 2997676, 2998058, 2998059, 3001464, 3001465, 3256776, 3290861, 3290862, 3297740, 3297741, 3297742, 3302117, 3302367, 3306890, 3306891, 3306892, 3312070, 3312071, 3312206, 3316547, 3322319, 3328324, 3328579, 3328587, 3334862, 3374813, 3399951, 3490531, 3881766, 3865983, 3904594, 3904595, 4272128, 4272131,** and **4278938**.  Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq. See* the enclosed registrations.
Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely a potential consumer would be confused, mistaken, or deceived as to the source of the goods and/or services of the applicant and registrant.  *See* 15 U.S.C. §1052(d).  A determination of likelihood of confusion under Section 2(d) is made on a case-by case basis and the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973) aid in this determination. *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 637 F.3d 1344, 1349, 98 USPQ2d 1253, 1256 (Fed. Cir. 2011) (citing *On-Line Careline, Inc. v. Am. Online, Inc.*, 229 F.3d 1080, 1085, 56 USPQ2d 1471, 1474 (Fed. Cir. 2000)).  Not all the *du Pont* factors, however, are necessarily relevant or of equal weight, and any one of the factors may control in a given case, depending upon the evidence of record. *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 637 F.3d at 1355, 98 USPQ2d at 1260; *In re Majestic Distilling Co.*, 315 F.3d 1311, 1315, 65 USPQ2d 1201, 1204 (Fed. Cir. 2003); *see In re E. I. du Pont de Nemours & Co.*, 476

F.2d at 1361-62, 177 USPQ at 567.

In this case, the following factors are the most relevant: similarity of the marks, similarity and nature of the goods and/or services, and similarity of the trade channels of the goods and/or services. *See In re Viterra Inc.*, 671 F.3d 1358, 1361-62, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012); *In re Dakin's Miniatures Inc.*, 59 USPQ2d 1593, 1595-96 (TTAB 1999); TMEP §§1207.01 *et seq.*

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression. *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F. 3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v). "Similarity in any one of these elements may be sufficient to find the marks confusingly similar." *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014) (citing *In re White Swan Ltd.*, 8 USPQ2d 1534, 1535 (TTAB 1988); *In re 1st USA Realty Prof'ls, Inc.*, 84 USPQ2d 1581, 1586 (TTAB 2007)); TMEP §1207.01(b).

The goods and/or services of the parties need not be identical or even competitive to find a likelihood of confusion. *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000) ("[E]ven if the goods in question are different from, and thus not related to, one another in kind, the same goods can be related in the mind of the consuming public as to the origin of the goods."); TMEP §1207.01(a)(i).

The respective goods and/or services need only be "related in some manner and/or if the circumstances surrounding their marketing [be] such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i).

The applicant has requested registration of the mark JIMI JAMS in Standard Character Form, for "Audio Speakers." The registrants' marks are:

(1) **EXPERIENCE HENDRIX in Stylized and Design Form**, for CL. 9-"musical sound recordings"; (2) **JIMI HENDRIX in Typed Form (Standard Character Form)**, for CL. 25-"clothing, namely, T-shirts, jackets, caps and [gloves]"; (3) **JIMI HENDRIX in Typed Form (Standard Character Form)**, for CL. 41-" entertainment services, namely, preparing audiovisual displays and exhibitions in the field of music"; (4) **JIMI HENDRIX in Typed Form (Standard Character Form)**, for CL. 9-"[ Pre-recorded video cassettes featuring musical performances; pre-recorded audio cassettes and ] compact discs featuring music";(5)-**JIMI HENDRIX in Typed Form (Standard Character Form)**, for CL. 16-"Printed matter, namely, calendars, posters, photographs, postcards, stickers, [ music in printed form; ] printed music books; books containing information and memorabilia relating to Jimi Hendrix, books, namely, collector's books containing printed music, photographs, handwritten lyrics by Jimi Hendrix and commentary"; (6) **JIMI HENDRIX in Standard Character Form**, for CL. 14-" Wrist watches; alarm clocks; wall clocks; and jewelry, namely ornamental pins"; (7) **JIMI HENDRIX in Stylized Form**, for CL. 9-"Pre-recorded [ video cassettes and ] digital video discs featuring musical performances; pre-recorded [ audio cassettes, ] phonograph records and compact discs featuring music; decorative magnets; cell phone covers"; (8) **JIMI HENDRIX in Standard Character Form**, for CL. 41-" Entertainment services, namely, providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network; music publishing services"; (9) **JIMI HENDRIX.COM in Stylized Form**, for CL. 41-"Entertainment services, namely, providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network"; (10) **10-JIMI HENDRIX.COM in Standard Character Form**, for CL. 41-"Entertainment services, namely, providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network"; (11) **JIMI HENDRIX in Stylized Form**, for CL. 41-" Entertainment services, namely, providing prerecorded music, audio and audiovisual recordings, information in the field of music, and commentary and articles about music on-line via a global computer network; music publishing services"; (12) **JIMI HENDRIX in Stylized Form**, for CL. 16-"Printed matter, namely, calendars, posters, photographs, postcards, stickers; books, namely, printed music books and collectors' books containing printed music, photographs, handwritten lyrics by Jimi Hendrix and commentary; [ pens; ] checkbook covers"; (13) **JIMI HENDRIX EXPERIENCE in Typed Form (Standard Character Form)**, for CL. 9-"[ Pre-recorded videocassettes and ] digital video discs featuring musical performances; [ pre-recorded audiocassettes, ] phonograph records and compact discs featuring music."; (14) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 3-"Incense"; (15) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 24-"Afghans;" (16) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 24-"Afghans;" (17) **JIMI HENDRIX in Stylized Form**, for CL. 6-" [ Metal license plates; ] metal decorative boxes"; (18) **JIMI HENDRIX EXPERIENCE I AM EXPERIENCED in Stylized and Design Form**, for CL. 35-" Online retail store services featuring merchandise and memorabilia related to the music industry; [ mail order catalog,] telephone order, and computerized on-line ordering services featuring merchandise and memorabilia related to the music industry"; (19) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 25-" Clothing, namely, jackets, shorts, sport shirts, sweat shirts, t-shirts, tank tops; headgear, namely, beanies, [skull caps,] caps; infant diaper covers; wristbands"; (20) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 19-"Ceramic Tiles"; (21) **JIMI HENDRIX.COM in Stylized Form**, for CL. 21-" Sports bottles sold empty"; (22) **JIMI HENDRIX in Stylized Form**, for CL. 6-" Metal decorative boxes"; (23) **JIMI HENDRIX in Stylized Form**, for CL. 25-" Clothing, namely sweat shirts, t-shirts and caps; wristbands"; (24) **EXPERIENCE HENDRIX in Stylized and Design Form**, for CL. 16-" Printed music books"; (25) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 4-" Candles"; (26) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 5-" Air fresheners"; (27) **AUTHENTIC HENDRIX in Stylized and Design Form**, for CL. 9-" [Decorative switch plate covers;]

decorative magnets"; (28) JIMI HENDRIX ELECTRIC GUITAR FESTIVAL in Standard Character Form, for CL. 16-"Posters"; (29) JIMI HENDRIX ELECTRIC GUITAR COMPETITION in Standard Character Form, for CL. 16-"Posters"; (30) JIMI HENDRIX ELECTRIC GUITAR COMPETITION in Standard Character Form, for CL. 14-"Ornamental pins"; (31) JIMI HENDRIX in Stylized and Design Form, for CL. 25-"T-shirts"; (32) JIMI HENDRIX in Stylized and Design Form, for CL. 16-"Posters"; (33) THE JIMI HENDRIX EXPERIENCE in Standard Character Form, for CL. 25-" Clothing; namely, t-shirts [, hats, and caps ]"; (34) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 16-" Printed matter, namely posters, photographs, postcards, calendars, stickers, lithographs, prints in the nature of silkscreens; pens"; (35) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 20-"Non-metal and non-leather key chains; plaques"; (36) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 16-"Stationery"; (37) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 14-" Clocks; watches; jewelry, namely, pins and necklaces"; (38) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 26-"Ornamental novelty buttons"; (39) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 9-"Educational software featuring instruction in music and guitar playing; Guitar amplifiers; Guitar effects processors"; (40) AUTHENTIC HENDRIX in Stylized and Design Form, for CL. 15-" Guitar picks; Guitar straps; Guitar strings"; (41) JIMI HENDRIX in Stylized Form, for CL. 9-" Digital media, namely, downloadable audio and video recordings, and pre-recorded high definition discs featuring music and musical performances; Downloadable podcasts in the field of music; Musical sound recordings"; (42) EXPERIENCE HENDRIX in Stylized and Design Form, for CL. 9-"Digital media, namely, pre-recorded compact discs, digital video discs, downloadable audio and video recordings, and high definition discs featuring music and musical performances; Downloadable podcasts in the field of music; Phonograph records featuring music"; (43) JIMI HENDRIX in Standard Character Form, for CL. 9-"Digital media, namely, pre-recorded digital video discs, downloadable audio and video recordings, and high definition discs featuring music and musical performances; Downloadable podcasts in the field of music; Downloadable user interactive entertainment software used for sharing video, text, photos and music with the user via the Internet and wireless devices; Musical sound recordings; Phonograph records featuring music."

### COMPARISON OF MARKS

Marks may be confusingly similar in appearance where there are similar terms or phrases or similar parts of terms or phrases appearing in both applicant's and registrant's mark.  See e.g., Crocker Nat'l Bank v. Canadian Imperial Bank of Commerce , 228 USPQ 689 (TTAB 1986), aff'd 1 USPQ2d 1813 (Fed. Cir. 1987) (COMMCASH and COMMUNICASH); In re Phillips-Van Heusen Corp., 228 USPQ 949 (TTAB 1986) (21 CLUB and "21" CLUB (stylized)); In re Corning Glass Works, 229 USPQ 65 (TTAB 1985) (CONFIRM and CONFIRMCELLS); In re Collegian Sportswear Inc., 224 USPQ 174 (TTAB 1984) (COLLEGIAN OF CALIFORNIA and COLLEGIENNE); In re Pellerin Milnor Corp., 221 USPQ 558 (TTAB 1983) (MILTRON and MILLTRONICS); In re BASF A.G., 189 USPQ 424 (TTAB 1975) (LUTEXAL and LUTEX); TMEP §§1207.01(b)(ii) and (b)(iii).
In the present case, applicant's mark is confusingly similar to the registered marks because its mark encompasses the wording JIMI (denoting an association with JIMI HENDRIX) and/or a likeness of JIMI HENDRIX, giving the impression that the goods and services under the given marks may emanate from a common source.

### COMPARISON OF GOODS & SERVICES

Moreover, the applicant's goods are closely related to the registrants' goods and services because they are all goods and services being sold under the Jimi Hendrix brand or bearing a connection to the brand or line of goods and services.
To show an association and relatedness between the parties' goods and services, examining attorney relies on applicant's website where it states that there is a connection or ownership of Intellectual Property for Jimi Hendrix:
> Jimi Hendrix an iconic guitarist, singer, songwriter, and musician created a body of work during his lifetime that transcends both space and time. He was named the top guitarist of all time by Rolling Stone magazine and continues to be revered by music lovers around the world. Jimi Electronics has access to the Jimi Hendrix based Intellectual Property including image, photo, and artistic-based likeness. We do not have access to the Jimi Hendrix sound catalog or music. In partnership with talented engineers and executives who have experience in Consumer Electronics, Jimi Electronics goal is to create a Company that evokes a positive feeling through both sound and imagery.

Material obtained from applicant's website is acceptable as competent evidence.  See In re N.V. Organon, 79 USPQ2d 1639, 1642-43 (TTAB 2006); In re Promo'Ink, 78 USPQ2d 1301, 1302-03 (TTAB 2006); In re A La Vieille Russie Inc., 60 USPQ2d 1895, 1898 (TTAB 2001); TBMP §1208.03; TMEP §710.01(b).
Thus, in view of the relatedness of the marks and the goods, there is a strong likelihood that consumers would perceive that the goods emanate from a common source.
In view of the above circumstances, the examining attorney must resolve any doubt regarding a likelihood of confusion is resolved in favor of the prior registrant.  In re Hyper Shoppes (Ohio), Inc., 837 F.2d 463, 6 USPQ2d 1025 (Fed. Cir. 1988); TMEP §§1207.01(d)(i).
Thus, the mark is refused registration on the Principal Register under Section 2(d).

### Applicant should note the following additional ground for refusal.

### SECTION 2(c) REFUSAL – FALSE CONNECTION

Registration is refused because the applied-for mark consists of or includes matter which may falsely suggest a connection with Jimi Hendrix. Although Jimi Hendrix is not connected with the goods and/or services provided by applicant under the applied-for mark, Jimi Hendrix is so famous that consumers would presume a connection. Trademark Act Section 2(a), 15 U.S.C. §1052(a); see TMEP §1203.03, (c). See generally

*Univ. of Notre Dame du Lac v. J.C. Gourmet Food Imps. Co.*, 703 F.2d 1372, 217 USPQ 505 (Fed. Cir. 1983); *In re Cotter & Co.*, 228 USPQ 202 (TTAB 1985); *Buffett v. Chi-Chi's, Inc.*, 226 USPQ 428 (TTAB 1985).

Under Trademark Act Section 2(a), the registration of a mark that "consists of or comprises matter that may falsely suggest a connection with persons, institutions, beliefs, or national symbols" is prohibited. *In re Pedersen*, 109 USPQ2d 1185, 1188 (TTAB 2013). To establish that an applied-for mark falsely suggests a connection with a person or an institution, the following is required:

(1) The mark sought to be registered is the same as, or a close approximation of, the name or identity previously used by another person or institution.

(2) The mark would be recognized as such, in that it points uniquely and unmistakably to that person or institution.

(3) The person or institution identified in the mark is not connected with the goods sold or services performed by applicant under the mark.

(4) The fame or reputation of the named person or institution is of such a nature that a connection with such person or institution would be presumed when applicant's mark is used on its goods and/or services.

*In re Pedersen*, 109 USPQ2d at 1188-89; *In re Jackson Int'l Trading Co.*, 103 USPQ2d 1417, 1419 (TTAB 2012); TMEP §1203.03(c)(i); *see also Univ. of Notre Dame du Lac v. J.C. Gourmet Food Imps. Co.*, 703 F.2d 1372, 1375-77, 217 USPQ 505, 508-10 (Fed. Cir. 1983) (providing foundational principles for the current four-part test used to determine the existence of a false connection).

Due to the renown of the institution or person named in the mark, and the fact that there is no information in the application record regarding a connection with applicant, applicant must specify whether the person or institution named in the mark has any connection with applicant's goods and/or services, and if so, must describe the nature and extent of that connection. *See* 37 C.F.R. §2.61(b); TMEP §1203.03(c)(i).

Although the examining attorney has refused registration, the applicant may respond to the refusal(s) to register by submitting evidence and arguments in support of registration. If the applicant chooses to respond to the refusal to register, the applicant must also respond to the below listed informality.
### *INFORMALITY*
### APPLICATION NOT ENTITLED TO REGISTER BASED ON EARLIER FILED PENDING APPLICATIONS
The effective filing date of pending U.S. Application Serial Nos. 86541766, 86541775, 86541786, and 86541792 precedes applicant's filing date. *See* attached referenced applications. If the marks in the referenced applications register, applicant's mark may be refused registration under Trademark Act Section 2(d) because of a likelihood of confusion between the marks. *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.83; TMEP §§1208 *et seq* Therefore, upon receipt of applicant's response to this Office action, action on this application may be suspended pending final disposition of the earlier-filed referenced applications.

In response to this Office action, applicant may present arguments in support of registration by addressing the issue of the potential conflict between applicant's mark and the mark in the referenced application. Applicant's election not to submit arguments at this time in no way limits applicant's right to address this issue later if a refusal under Section 2(d) issues.

### RESPONSE INQUIRY
If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06.

/Darryl M. Spruill/
Trademark Attorney
Law Office 112
(571) 272-9418 (office)
(571 273-9418 (fax)
darryl.spruill@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

**Print: May 22, 2015**                    75003276

**DESIGN MARK**

**Serial Number**
75003276

**Status**
REGISTERED AND RENEWED

**Word Mark**
JIMI HENDRIX

**Standard Character Mark**
No

**Registration Number**
2383500

**Date Registered**
2000/09/05

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Experience Hendrix, L.L.C. LIMITED LIABILITY COMPANY WASHINGTON 14501
INTERURBAN AVENUE SOUTH Seattle WASHINGTON 98168

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S:
entertainment services, namely, preparing audiovisual displays and
exhibitions in the field of music.  First Use: 1999/06/25.  First Use
In Commerce: 1999/06/25.

**Name/Portrait Statement**
The mark is the name of a deceased individual.

**Filing Date**
1995/10/10

**Examining Attorney**
LAMOTHE, LESLEY

**Attorney of Record**
Karen Wetherell Davis

-1-