UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

EXPERIENCE HENDRIX, L.L.C., et al.,

                       Plaintiffs,

              -v-

ANDREW PITSICALIS, et al.,

                       Defendants.

17 Civ. 1927 (PAE)

NOTICE: CHANGE OF COURTROOM

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

The parties are hereby notified that the December 16, 2019, conference in this case, scheduled for 2:30 p.m., will be held at the **Daniel Patrick Moynihan U.S. Courthouse, located at 500 Pearl Street, in Courtroom 15C**. This is a change of courtroom only.

SO ORDERED.

                                             *Paul A. Engelmayer*
                                             PAUL A. ENGELMAYER
                                             United States District Judge

Dated: December 16, 2019
        New York, New York