UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

EXPERIENCE HENDRIX, L.L.C., et al.,

                                Plaintiffs,

                -v-

ANDREW PITSICALIS, et al.,

                                Defendants.

17 Civ. 1927 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at the conference and default hearing held on December 16, 2019, the Court hereby orders the following:

- Plaintiffs' motion for default judgment against defendant Green Cures and Botanical Distribution, Inc., Dkt. 390, is granted. The Clerk of Court is respectfully directed to enter a default judgment as to liability against defendant Green Cures and Botanical Distribution, Inc. The Court will issue a separate order referring the case to a Magistrate Judge for a damages inquest as to this defendant;

- Plaintiffs' motion for default judgment against defendant Carmen Cottone, Dkt. 390, is granted. The Clerk of Court is respectfully directed to enter a default judgment as to liability against defendant Carmen Cottone. The Court will issue a separate order referring the case to a Magistrate Judge for a damages inquest as to this defendant;

- In light of the permanent injunction as to defaulting defendant Purple Haze Properties, LLC and plaintiffs' acquisition of this defendant in bankruptcy proceedings, the Court hereby dismisses defendant Purple Haze Properties, LLC on consent;

- In light of the permanent injunction as to defaulting defendant Rockin Artwork, LLC and plaintiffs' acquisition of this defendant in bankruptcy proceedings, the Court hereby dismisses defendant Rockin Artwork, LLC on consent;

- Plaintiffs' motion for default judgment against defendant Grassroots Clothing, LLC, Dkt. 390, is held in abeyance. The Court will issue a separate order referring the parties to a Magistrate Judge for a settlement conference as to this defendant. The parties are instructed to contact the Magistrate Judge's chambers by January 6, 2020 to schedule the conference on a mutually agreeable date;

- Defendant Grassroots Clothing, LLC is ordered to produce document discovery to plaintiffs by December 27, 2019;

- The motion of Thomas Osinski and Darmin Bachu to withdraw as counsel for defendant Leon Hendrix, Dkt. 353, is granted. The Court notes Mr. Osinski's affidavit that he has served a copy of the Clerk's order of default judgment as to liability, Dkt. 402, on Hendrix, Dkt 414. Mr. Osinski is directed to also serve Hendrix with a copy of the Court's order that sets out its reasons for granting default judgment, Dkt. 400.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 17, 2019
       New York, New York