UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EXPERIENCE HENDRIX, LLC, et al.,
                     Plaintiff,

                17 CIV 1927 (PAE)

-against-

**DEFAULT JUDGMENT**

ANDREW PITSICALIS, et al.,
                     Defendant.

**AS TO LIABILITY**

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Order dated December 17, 2019, judgment of liability is entered in favor of Plaintiffs' and against Defendant Green Cures and Botanical Distribution, Inc.

**DATED**: New York, New York
         December 18, 2019

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____