UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
EXPERIENCE HENDRIX, LLC, et al.,
                Plaintiff,

17 CIV 1927 (PAE)

-against-

**DEFAULT JUDGMENT**

ANDREW PITSICALIS, et al.,
                Defendant.

**AS TO LIABILITY**

-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2019

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Order dated December 17, 2019, judgment of liability is entered in favor of Plaintiffs' and against Defendant Carmen Cottone.

**DATED**: New York, New York
December 18, 2019

RUBY J. KRAJICK
Clerk of Court
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/18/2019