UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPERIENCE HENDRIX, LLC, et al., <br>                              Plaintiffs, <br> -v- <br> ANDREW PITSICALIS, et al., <br>                              Defendants. | 17 Civ. 1927 (PAE) (GWG) <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court having been advised by the Magistrate Judge that, following a settlement conference, plaintiffs' claims against defendant Grassroots Clothing, LLC, have been settled in principle, it is ORDERED that Grassroots Clothing, LLC, is hereby dismissed as a defendant, without prejudice to the right to reinstate Grassroots Clothing, LLC, as a defendant within thirty days of the date of this Order if the settlement is not consummated.

To be clear, any application to reinstate must be filed within thirty days of this Order; any application filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

The Clerk of Court is respectfully directed to terminate defendant Grassroots Clothing, LLC.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 3, 2020
New York, New York