**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
EXPERIENCE HENDRIX, LLC, et al.,

                Plaintiffs,

17 **CIV** 1927 (PAE) (GWG)

      -against-  **JUDGMENT**

LEON HENDRIX, CARMEN COTTONE,
and GREEN CURES AND BOTANICAL
DISTRIBUTION, INC.,
              Defendants.
---------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Opinion and Order dated July 24, 2020, and the Memo Endorsement dated August 5, 2020, the Court adopts Magistrate Judge Gorenstein's recommendations in their entirety; the Court awards plaintiffs the following money damages: (1) from defendant Hendrix, $240,000 in trademark damages, $125,000 in copyright damages, $36,445.19 in attorneys' fees, and $573.34 in costs; (2) from defendant Cottone, $30,000 in trademark damages, $7,156,92 in attorneys' fees, and $614.20 in costs; and (3) from defendant GRCU, $13,900.25 in attorneys' fees and $2,491.60 in costs; accordingly this case is closed.

  **DATED**: New York, New York
          August 6, 2020

                              **RUBY J. KRAJICK**
                              _____
                              **Clerk of Court**
                    **BY:** _____
                              **Deputy Clerk**