UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXPERIENCE HENDRIX, LLC and AUTHENTIC HENDRIX, LLC,

                                Plaintiffs,

                     -v-

LEON HENDRIX, CARMEN COTTONE, and GREEN CURES AND BOTANICAL DISTRIBUTION, INC.,

                                Defendants.

17 Civ. 1927 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

On October 19, 2020, plaintiffs filed a motion for an order of civil contempt against defendant Leon Hendrix and non-parties Tina Hendrix and Hendrix Music Academy. Dkt. 468. Accordingly, it is hereby ORDERED that defendant Leon Hendrix and non-parties Tina Hendrix and Hendrix Music Academy shall serve any opposition to the motion by November 9, 2020. Plaintiffs' reply, if any, shall be served by November 16, 2020. At the time any reply is served, the moving party shall supply the Court with courtesy copies of all motion papers via email to EngelmayerNYSDChambers@nysd.uscourts.gov.

Plaintiffs are to serve this order and their papers in support of their motion for an order of civil contempt on defendant Leon Hendrix and non-parties Tina Hendrix and Hendrix Music Academy forthwith and file proof of this service no later than October 26, 2020.

    SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                           PAUL A. ENGELMAYER
                                                           United States District Judge

Dated: October 20, 2020
         New York, New York