UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPERIENCE HENDRIX, LLC and AUTHENTIC HENDRIX, LLC,<br><br>                              Plaintiffs,<br>                -v-<br><br>LEON HENDRIX, CARMEN COTTONE, and GREEN CURES AND BOTANICAL DISTRIBUTION, INC.,<br><br>                              Defendants. | 17 Civ. 1927 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On October 19, 2020, plaintiffs filed a motion for an order of civil contempt against defendant Leon Hendrix and non-parties Tina Hendrix and Hendrix Music Academy. Dkt. 468. On October 20, 2020, the Court ordered the plaintiffs to serve this order and their papers in support of their motion on Leon Hendrix, Tina Hendrix, and Hendrix Music Academy, and to file proof of this service no later than October 26, 2020. Dkt. 471. The Court also ordered that Leon Hendrix and non-parties Tina Hendrix and Hendrix Music Academy serve any opposition to the motion by November 9, 2020. *Id.*

No opposition has been filed. However, the affidavits of service that the plaintiffs filed are insufficient to reliably persuade the Court that legally effective service was made. The Court accordingly orders the plaintiffs to file a letter explaining, specifically as to each of the three persons or entities as to whom service was attempted, why service was effective. Plaintiffs are, of course, at liberty to attempt proper service again. Plaintiffs' letter is due November 30, 2020.

      SO ORDERED.

2

*[Signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge

Dated: November 12, 2020
      New York, New York