UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXPERIENCE HENDRIX, LLC and AUTHENTIC HENDRIX, LLC,

          Plaintiffs,

-v-

LEON HENDRIX, et al.,

          Defendants.

17 Civ. 1927 (PAE) (GWG)

OPINION & ORDER

PAUL A. ENGELMAYER, District Judge:

    Defendants Tina Hendrix and Hendrix Music Academy have filed a motion to vacate the Court's January 11, 2021 Opinion and Order ("Opinion and Order"), Dkt. 496. Plaintiffs are directed to file a response by February 2, 2021. In particular, the Court directs plaintiffs to respond to Tina Hendrix's factual allegation that she was not served with notice of the injunctions in this case until November 2020. Upon receiving plaintiffs' response, the Court will then determine whether to schedule a hearing.

    Tina Hendrix and Hendrix Music Academy have also moved for a stay as to the Court's Opinion and Order finding the parties in civil contempt, pending the Court's decision on their motion to vacate and any appeal on this matter. The Court denies that motion, without prejudice. The Court notes that, insofar as the directives in the Opinion and Order track those in the permanent injunction binding Leon Hendrix's affiliates, *see* Dkt. 461, there is no occasion to stay those directives. And to the extent that the Opinion and Order directs Tina Hendrix, individually and on behalf of the Hendrix Music Academy, to submit a sworn declaration within 60 days of the Opinion and Order, that deadline is not imminently, and the Court expects to resolve Tina

Hendrix's application to vacate the order well in advance of the deadline for submission of such a declaration.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 26, 2021
 New York, New York