UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
EXPERIENCE HENDRIX, L.L.C., et al.,                    :
                                                                              :
                                              Plaintiffs,          :          17 Civ. 1927 (PAE)
                     -v-                                                :
                                                                              :          ORDER
ANDREW PITSICALIS, et al.,                                   :
                                                                              :
                                              Defendants.       :
------------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

      The Court hereby schedules a telephonic oral argument on the pending motion to vacate, in part, the Court's January 11, 2021 Opinion. *See* Dkts. 496, 502. The argument is scheduled for Thursday, February 11, 2021, at 4 p.m. Lead counsel for the plaintiffs and counsel for Tina Hendrix and Hendrix Music Academy ("HMA"), Amanda Groover Hyland, Esq., are directed to attend. The Court also directs Tina Hendrix to attend. The hearing will be focused on when Tina Hendrix and HMA received notice of the plaintiff's cease and desist letter; the parties are also directed to be prepared to answer the question as to what the consequences would be were the Court to find that such notice was received by Tina Hendrix at the end of October rather than August. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are also directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19.**

      SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: February 3, 2021
       New York, New York