UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPERIENCE HENDRIX, LLC and AUTHENTIC HENDRIX, LLC, <br><br>                    Plaintiffs, <br><br>           -v- <br><br> LEON HENDRIX, et al., <br><br>                    Defendants. | 17 Civ. 1927 (PAE) (GWG) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

On October 19, 2020, plaintiffs moved for civil contempt against defendant Leon Hendrix and two non-parties to the original Complaint: Leon Hendrix's daughter Tina Hendrix ("Tina") and Hendrix Music Academy ("HMA"). Plaintiffs contend that all three had violated the Court's permanent injunctions. Dkt. 468. On January 11, 2021, the Court found all three in contempt. Dkt. 496. On January 25, 2021, having obtained counsel, Tina and HMA moved for reconsideration of the Court's contempt finding. Dkt. 502.

On February 11, 2021, the Court held a hearing on the motion for reconsideration and received testimony from Tina. For the reasons stated during the hearing, and based on the evidence received therein, including based on the limited (and now-severed) ties between HMA and Leon Hendrix, the Court – with plaintiffs' consent – vacates the contempt order, but solely as to Tina and HMA. The July 24, 2020 permanent injunction the Court issued against Leon Hendrix and his affiliates, *see* Dkt. 461, and the Court's January 11, 2021 order, otherwise remains in place. The Clerk of Court is respectfully directed to terminate the motion pending at docket 502.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 11, 2021
       New York, New York